**Nos. 25-8013, 26-88, 26-497, 26-525**

_____

# In the United States Court of Appeals
# For the Ninth Circuit

_____

**STATE OF CALIFORNIA, ET AL.,**
*Plaintiffs-Appellees,*

**v.**

**UNITED STATES OF AMERICA, ET AL.,**
*Defendants,*

**WESTERN STATES TRUCKING ASSOCIATION, ET AL.,**
*Movant-Intervenor Defendants-Appellants*

_____

On Appeal from the U.S. District Court
for the Northern District of California
4:25-cv-04966-HSG; Hon. Haywood S. Gilliam, Jr.

_____

**APPELLANTS' IN CASE NOS. 26-88, 26-497, 26-525
EXCERPTS OF RECORD VOLUME 4 of 4**

_____

Raymond B. Ludwiszewski
Rachel Levick
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
Tel.: (202) 955-8500

Michael Buschbacher
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620

*Additional counsel listed inside*

4-ER-579

Sean Howell
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
  Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8355

Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Tel.: (512) 693-8350

Steven P. Lehotsky
Michael B. Schon
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW
  Suite 700
Washington, DC 20001
Tel.: (512) 693-8350

*Counsel for Appellants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF | NORTHERN DISTRICT OF CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: | 4:25-cv-04966-HSG |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 06/12/2025 |

Date of judgment or order you are appealing: | 12/02/2025 |

Docket entry number of judgment or order you are appealing: | 182 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

| American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, (full list of Appellants on attached page). |

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? |                    |

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number? |                    |

Your mailing address (if pro se):

|                                        |

|                                        |

City: |              |   State: |      |   Zip Code: |              |

Prisoner Inmate or A Number (if applicable): |              |

**Signature** | /s/ James R. Conde |   **Date** | Dec 31, 2025 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                    *Rev. 06/09/2022*

4-ER-581

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, (full list of Appellants on attached page). |

Name(s) of counsel (if any):

| |
|---|
| Michael Buschbacher, James R. Conde, James R. Wedeking, Laura B. Ruppalt, (full list of counsel for Appellants on attached page). |

Address: 800 Connecticut Avenue NW, Suite 900, Washington, D.C. 20006

Telephone number(s): (202) 955-0620

Email(s): jconde@boydengray.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington. |

Name(s) of counsel (if any):

| |
|---|
| Rob Bonta, Myung J. Park, Katherine Gaumond, Caitlan McLoon, Cecilia D. Segal, Emmanuelle S. Soichet, M. Elaine Meckenstock (full list of counsel for Appellees on attached page). |

Address: 1515 Clay Street, 20th Floor, P.O. Box 70550 Oakland, CA 94612-0550

Telephone number(s): (510) 879-0299

Email(s): Elaine.Meckenstock@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

Form 6                     *1*                  *New 12/01/18*    **4-ER-582**

**Appellants**

American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana
Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association,
Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn
Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers
Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn
Growers Association.

**Counsel for Appellants**

Michael Buschbacher (pro hac vice)
James R. Conde (pro hac vice)
James R. Wedeking (pro hac vice)
Laura B. Ruppalt (pro hac vice)
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
Tel: (202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
jwedeking@boydengray.com
lruppalt@boydengray.com

John B. Thomas (Bar No. 269538)
Jessica Wahl (Bar No. 321887)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 241-8414
jthomas@hicks-thomas.com

*Counsel for American Free Enterprise Chamber of Commerce, Illinois Corn Growers
Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn
Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers
Association, Missouri Corn Growers Association, Nebraska Corn Growers Association,
Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers
Association, and National Corn Growers Association*

**4-ER-583**

**Counsel for Appellees**

Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Katherine Gaumond
Caitlan McLoon
Cecilia D. Segal
Emmanuelle S. Soichet
M. Elaine Meckenstock
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 879-0299
Elaine.Meckenstock@doj.ca.gov

*Attorneys for the State of California*

Philip J. Weiser
Attorney General for the State of Colorado
Carrie Noteboom
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

*Attorneys for the State of Colorado*

4-ER-584

Kathleen Jennings
Attorney General of the State of Delaware
Ian R. Liston
Director of Impact Litigation
Ralph K. Durstein III
Vanessa L. Kassab
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*


Andrea Joy Campbell
Attorney General for the Commonwealth of Massachusetts
Seth Schofield
Senior Appellate Counsel
Jon Whitney
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

Matthew J. Platkin
Attorney General for the State of New Jersey
Lisa J. Morelli
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

*Attorneys for the State of New Jersey*


Raúl Torrez
Attorney General for the State of New Mexico
William Grantham
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Attorneys for the State of New Mexico*


Letitia James
Attorney General for the State of New York
Ashley M. Gregor
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

*Attorneys for the State of New York*

Dan Rayfield
Attorney General for the State of Oregon
Paul Garrahan
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Attorneys for the State of Oregon*


Peter F. Neronha
Attorney General for the State of Rhode Island
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*


Charity R. Clark
Attorney General for the State of Vermont
Hannah Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

*Attorneys for the State of Vermont*

**4-ER-587**

Nicholas W. Brown
Attorney General for the State of Washington
Alexandria K. Doolittle
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

*Attorneys for the State of Washington*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:25-cv-04966-HSG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/12/2025

Date of judgment or order you are appealing: 12/02/2025

Docket entry number of judgment or order you are appealing: 182

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

American Fuel & Petrochemical Manufacturers
American Petroleum Institute
National Association of Convenience Stores

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Katherine C. Yarger    **Date** 01/21/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

4-ER-589

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| American Fuel & Petrochemical Manufacturers<br>American Petroleum Institute<br>National Association of Convenience Stores |

Name(s) of counsel (if any):

| |
|---|
| Steven Paul Lehotsky, Katherine C. Yarger, Michael B. Schon (full list of counsel for Appellants, their addresses, and their emails on attached page) |

Address: 200 Massachusetts Avenue NW, Suite 700, Washington, DC 20001

Telephone number(s): (512) 693-8350

Email(s): steve@lkcfirm.com, katie@lkcfirm.com, mike@lkcfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington |

Name(s) of counsel (if any):

| |
|---|
| Rob Bonta, Myung J. Park, Katherine Gaumond, Caitlan McLoon, Cecilia D. Segal, Emmanuelle S. Soichet, M. Elaine Meckenstock (full list of counsel for Appellees, their addresses, and their emails on attached page) |

Address: 1515 Clay Street, 20th Floor, P.O. Box 70550, Oakland, CA 94612-0550

Telephone number(s): (510) 879-0299

Email(s): Elaine.Meckenstock@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                     *New 12/01/2018*

4-ER-590

**Appellants**

American Fuel & Petrochemical Manufacturers
American Petroleum Institute
National Association of Convenience Stores

**Counsel for Appellants**

Steven P. Lehotsky (pro hac vice) (DC 992765)
Michael B. Schon (pro hac vice) (DC 989893)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
Email: steve@lkcfirm.com
Email: mike@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger (pro hac vice) (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Bradley A. Benbrook
Stephen Michael Duvernay
BENBROOK LAW GROUP, PC
701 University Ave, Suite 106
Sacramento, CA 95825
Email: brad@benbrooklawgroup.com
Email: steve@benbrooklawgroup.com
Tel.: (916) 447-4900
Fax: (916) 447-4904

*Counsel for American Fuel & Petrochemical
Manufacturers, American Petroleum Institute, and
National Association of Convenience Stores*

1

**4-ER-591**

**Counsel for Appellees**

Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Katherine Gaumond
Michael Stephen Dorsi
Caitlan Lisette McLoon
Cecilia D. Segal
Emmanuelle S. Soichet
Margaret Elaine Meckenstock
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 879-0299
Elaine.Meckenstock@doj.ca.gov

*Attorneys for the State of California*

Philip J. Weiser
Attorney General for the State of Colorado
Carrie Noteboom
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

*Attorneys for the State of Colorado*

2

**4-ER-592**

Kathleen Jennings
Attorney General of the State of Delaware
Ian R. Liston
Director of Impact Litigation
Ralph K. Durstein III
Vanessa L. Kassab
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

Andrea Joy Campbell
Attorney General for the Commonwealth of Massachusetts
Seth Schofield
Senior Appellate Counsel
Jon Whitney
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

3

**4-ER-593**

Matthew J. Platkin
Attorney General for the State of New Jersey
Lisa Jo Morelli
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

*Attorneys for the State of New Jersey*

Raúl Torrez
Attorney General for the State of New Mexico
William G. Grantham
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Attorneys for the State of New Mexico*

Letitia James
Attorney General for the State of New York
Ashley Marie Gregor
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

*Attorneys for the State of New York*

4

**4-ER-594**

Dan Rayfield
Attorney General for the State of Oregon
Paul Andrew Garrahan
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Attorneys for the State of Oregon*


Peter F. Neronha
Attorney General for the State of Rhode Island
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*


Charity R. Clark
Attorney General for the State of Vermont
Hannah W. Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

*Attorneys for the State of Vermont*

5

Nicholas W. Brown
Attorney General for the State of Washington
Alexandria K. Doolittle
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

*Attorneys for the State of Washington*

**4-ER-596**

## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:25-cv-04966-HSG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 06/12/2025

Date of judgment or order you are appealing: | 12/02/2025

Docket entry number of judgment or order you are appealing: | 182

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

The Alliance for Automotive Innovation, The National Automobile Dealers Association

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Sean F. Howell    **Date** | Jan 23, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                      *Rev. 06/09/2027*  4-ER-597

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| The Alliance for Automotive Innovation, The National Automobile Dealers Association |

Name(s) of counsel (if any):

| |
|---|
| Rachel Levick, Raymond B Ludwiszewski, Sean F. Howell |

Address: One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

Telephone number(s): (415)393-8355

Email(s): SHowell@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washignton. |

Name(s) of counsel (if any):

| |
|---|
| Rob Bonta, Myung J. Park, Katherine Gaumond, Caitlan McLoon, Cecilia D. Segal, Emmanuelle S Soichet, M. Elaine Meckenstock (full list of counsel for Appellees on attached page). |

Address: 1515 Clay Street, 20th Floor, P.O. Box 70550 Oakland, CA 94612-0550

Telephone number(s): (510) 879-0299

Email(s): Elaine.Meckenstock@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                    *1*                          New 12/01/2018

4-ER-598

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *New 12/01/2018*    4-ER-599

**Appellants**

The Alliance for Automotive Innovation, The National Automobile Dealers Association

**Counsel for Appellants**

Sean Howell
GIBSON, DUNN & CRUTCHER
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Tel.: 415-393-8355
Fax: 415-801-7364
showell@gibsondunn.com

Raymond B Ludwiszewski
Rachel Levick
GIBSON, DUNN & CRUTCHER
1700 M Street, NW
Washington, DC 20036
Tel.: 202-955-8500
Fax: 202-467-0539
rludwiszewski@gibsondunn.com
rlevick@gibsondunn.com

*Attorneys for The Alliance for
Automotive Innovation and The
National Automobile Dealers
Association*

**4-ER-600**

**Counsel for Appellees**

Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Katherine Gaumond
Caitlan McLoon
Cecilia D. Segal
Emmanuelle S. Soichet
M. Elaine Meckenstock
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 879-0299
Elaine.Meckenstock@doj.ca.gov

*Attorneys for the State of California*

Philip J. Weiser
Attorney General for the State of Colorado
Carrie Noteboom
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

*Attorneys for the State of Colorado*

4-ER-601

Kathleen Jennings
Attorney General of the State of Delaware
Ian R. Liston
Director of Impact Litigation
Ralph K. Durstein III
Vanessa L. Kassab
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*


Andrea Joy Campbell
Attorney General for the Commonwealth of Massachusetts
Seth Schofield
Senior Appellate Counsel
Jon Whitney
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

Matthew J. Platkin
Attorney General for the State of New Jersey
Lisa J. Morelli
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

*Attorneys for the State of New Jersey*


Raúl Torrez
Attorney General for the State of New Mexico
William Grantham
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Attorneys for the State of New Mexico*


Letitia James
Attorney General for the State of New York
Ashley M. Gregor
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

*Attorneys for the State of New York*

4-ER-603

Dan Rayfield
Attorney General for the State of Oregon
Paul Garrahan
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Attorneys for the State of Oregon*


Peter F. Neronha
Attorney General for the State of Rhode Island
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*


Charity R. Clark
Attorney General for the State of Vermont
Hannah Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

*Attorneys for the State of Vermont*

Nicholas W. Brown
Attorney General for the State of Washington
Alexandria K. Doolittle
Assistant Attorney
General Office of the
Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

*Attorneys for the State of Washington*

2/23/26, 11:22 AM                                    CAND-ECF

ADRMOP,APPEAL

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:25-cv-04966-HSG

State of California et al v. United States of America et al
Assigned to: Judge Haywood S Gilliam, Jr
Case in other court: US Court of Appeals for the Ninth Circuit, 25-08013
US Court of Appeals for the Ninth Circuit, 26-00497
US Court of Appeals for the Ninth Circuit, 26-00525
U.S. Court of Appeals for the Ninth Circuit, 26-00088
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

## Plaintiff

**State of California**                represented by    **Caitlan Lisette McLoon**
Office of the California Attorney General
Department of Justice
300 S. Spring Street
Suite 1702
Los Angeles, CA 90013
213-269-6438
Fax: 916-731-2128
Email: caitlan.mcloon@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3861
Email: Emmanuelle.Soichet@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Gaumond**
Office of The Attorney General
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102
415-510-4439
Email: katherine.gaumond@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**4-ER-606**

**Cecilia D. Segal**
Office of The Attorney General
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102
415-510-3545
Email: cecilia.segal@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Michael Stephen Dorsi**
California Department of Justice
Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3802
(415) 510-3802
Fax: (415) 703-5480
Email: Michael.Dorsi@doj.ca.gov
*TERMINATED: 08/15/2025*

**Margaret Elaine Meckenstock**
Office of the Attorney General
State of California
1515 Clay Street
20th Floor
Oakland, CA 94612
510-622-4450
Fax: 510-622-2272
Email: Elaine.Meckenstock@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Colorado**                    represented by **Carrie Noteboom**
CO Attorney General
1300 Broadway
10th Floor
Denver, CO 80203
720-508-6285
Email: carrie.noteboom@coag.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                    represented by **Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**4-ER-607**

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Kassab**
Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801
302-683-8881
Email: vanessa.kassab@delaware.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Massachusetts**                represented by **Seth Schofield**
Massachusetts Attorney General's Office
One Ashburton Place, 18th Floor
Boston, MA 02108
617-963-2436
Fax: 617-727-9665
Email: seth.schofield@mass.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Whitney**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
701-740-3356
Email: jon.whitney@mass.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Jersey**                represented by **Lisa Jo Morelli**
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625-4503
(609) 376-2709
Email: lisa.morelli@law.njoag.gov

**4-ER-608**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Mexico**                    represented by    **William G Grantham**
                                                            NM Attorney General's Office
                                                            201 Third St. NW
                                                            Ste 300
                                                            Albuquerque, NM 87102
                                                            505-717-3520
                                                            Email: wgrantham@nmdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Cecilia D. Segal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Emmanuelle S. Soichet**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**                      represented by    **Ashley Marie Gregor**
                                                            NYS Office of The Attorney General
                                                            28 Liberty Street
                                                            Ste 19th Floor
                                                            New York, NY 10005
                                                            212-416-8454
                                                            Email: ashley.gregor@ag.ny.gov
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Cecilia D. Segal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Emmanuelle S. Soichet**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**                        represented by    **Cecilia D. Segal**
                                                            (See above for address)

**4-ER-609**

*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Andrew Garrahan**
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301-4096
503-947-4593
Email: paul.garrahan@doj.oregon.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Rhode Island**                    represented by **Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas M. Vaz**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Email: nvaz@riag.ri.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Vermont**                         represented by **Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah W Yindra**
Office of the Attorney General
109 State Street
Montpelier, VT 05609
770-634-3670
Email: hannah.yindra@vermont.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Washington**                      represented by **Alexandria K. Doolittle**
Washington State Attorney General's Office
2425 Bristol Court SW **4-ER-610**

PO Box 40117
Olympia, WA 98504-0117
360-586-6769
Email: alex.doolittle@atg.wa.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmanuelle S. Soichet**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**       represented by   **Robert Nolan Stander**
DOJ-Enrd
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-717-7067
Email: robert.stander@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
U.S. Department of Justice
20 Massachusetts Avenue NW
Washington, DC 20530
202-305-8576
Email: stephen.pezzi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hughes**
DOJ-Enrd
P.O. Box 7611
Washington, DC 20044
202-532-3080
Email: jeffrey.hughes@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
DOJ-Enrd
Enrd
950 Pennsylvania Ave NW
Washington DC, DC 20530-0001
202-353-5905
Email: john.adams3@usdoj.gov
*ATTORNEY TO BE NOTICED*

**4-ER-611**

**Martha Collins Mann**
United States Department of Justice
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
202-514-2664
Fax: 202-514-8865
Email: martha.mann@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Environmental Protection Agency** | represented by | **Robert Nolan Stander** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martha Collins Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Lee Zeldin** | represented by | **Robert Nolan Stander** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martha Collins Mann**

**4-ER-612**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**President Donald J. Trump**      represented by    **Robert Nolan Stander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martha Collins Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Iowa**      represented by    **Anthony Lee Francois**
Briscoe Ivester & Bazel LLP
235 Montgomery Street, Suite 935
San Francisco, CA 94104
415-402-2700
Fax: 415-398-5630
Email: tfrancois@briscoefirm.com
*ATTORNEY TO BE NOTICED*

**Eric H Wessan**
Iowa Department of Justice
1305 Walnut St.
Des Moines, IA 50319
515-823-9117
Email: eric.wessan@ag.iowa.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Dft**

**American Free Enterprise Chamber of Commerce**      represented by    **Eric Grant**
United States Attorney's Office
501 I Street
Ste 10-100
Sacramento, CA 95814

**4-ER-613**

916-554-2700
Fax: 916-554-2900
Email: legal@eagrant.com
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
317-513-0622
Email: mbuschbacher@boydengray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-955-0620
Email: jconde@boydengray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
Boyden Gray PLLC
800 Connecticut Avenue, NW
800 Connecticut Avenue, N.W., Suite 900
Washington, DC 20006
202-955-6017
Email: jwedeking@boydengray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
Hicks Thomas LLP
701 University Avenue
Suite 106
Sacramento, CA 95825
713-547-9106
Fax: 713-547-9150
Email: jthomas@hicks-thomas.com
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
Lehotsky Keller Cohn LLP
700 Colorado Blvd.
Unit 407
Denver, CO 80206
303-717-4749
Email: katie@lkcfirm.com

**4-ER-614**

*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-955-0620
Email: lruppalt@boydengray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Illinois Corn Growers Association**     represented by **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Indiana Corn Growers Association**     represented by **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**

**4-ER-615**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Iowa Corn Growers Association**                    represented by  **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**4-ER-616**

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

| | | |
|---|---|---|
| **Kansas Corn Growers Association** | represented by | **Eric Grant** |

(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

| | | |
|---|---|---|
| **Kentucky Corn Growers Association** | represented by | **Eric Grant** |

(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**4-ER-617**

ATTORNEY TO BE NOTICED

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Michigan Corn Growers Association**                represented by **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Missouri Corn Growers Association**                     represented by    **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Nebraska Corn Growers Association**                     represented by    **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**

**4-ER-619**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Tennessee Corn Growers Association**                represented by   **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)

**4-ER-620**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Texas Corn Producers**                      represented by **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Wisconsin Corn Growers Association**         represented by **Eric Grant**
(See above for address)
*TERMINATED: 08/08/2025*
*LEAD ATTORNEY*

**Michael B. Buschbacher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Conde**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**4-ER-621**

**James Wedeking**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bryant Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**National Corn Growers Association**               represented by **Eric Grant**
                                                                  (See above for address)
                                                                  *TERMINATED: 08/08/2025*
                                                                  *LEAD ATTORNEY*

                                                                  **Michael B. Buschbacher**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **James Conde**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **James Wedeking**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **John Bryant Thomas**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Katherine C. Yarger**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Laura Ruppalt**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**4-ER-622**

**Intervenor Dft**

**State of Texas**                                     represented by **Brandon Quoc Tran**
Dhillon Law Group Inc.
4675 MacArthur Court
Ste 1410
Newport Beach, CA 92660
949-293-1470
Email: btran@dhillonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cecilia D. Segal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Lancaster**
Office of the Attorney General of Texas
P.O. Box 12548, MC-066
Austin, TX 78711-2548
512-971-1192
Email: ian.lancaster@oag.texas.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K. Rogers**
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, DC 20003
571-635-9974
Email: james.rogers@aflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Giannetti**
America First Legal
611 Pennsylvania Ave SE #231
Washington, DC 20003
651-402-3821
Email: ryan.giannetti@aflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wesley Scott Williams**
Office of the Attorney General of Texas
PO Box 12548
Mc-066
Austin, TX 78711-2548
512-463-2012
Fax: 512-320-0911
Email: wesley.williams@oag.texas.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**4-ER-623**

Case: 26-88, 02/25/2026, DktEntry: 18.5, Page 46 of 83

**The Alliance for Automotive Innovation**    represented by **Rachel Levick**
Gibson, Dunn & Crutcher LLP
1700 M Street NW
Washington, DC 20036
202-887-3574
Email: rlevick@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond B Ludwiszewski**
Gibson, Dunn & Crutcher LLP
1700 M Street NW
Washington, DC 20036
202-955-8665
Email: rludwiszewski@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean F. Howell**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
415-393-8355
Email: SHowell@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**National Automobile Dealers Association**    represented by **Rachel Levick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond B Ludwiszewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean F. Howell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Western States Trucking Association, Inc.**    represented by **Theodore Cirilo Hadzi-Antich**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: tha@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric William Heigis**

**4-ER-624**

Texas Public Policy Foundation
Texas Public Policy Foundation
12222 Moorpark Street
Apt. 201
Studio City, CA 91604
512-472-2700
Email: eheigis@texaspolicy.com
*ATTORNEY TO BE NOTICED*

**Robert Earl Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Email: rhenneke@texaspolicy.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Construction Industry Air Quality Coalition, Inc.**                  represented by  **Theodore Cirilo Hadzi-Antich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric William Heigis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Earl Henneke**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Zero Emission Transportation Association**          represented by  **Matthew J. Craig**
Hecker Fink LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
929-294-2542
Email: mcraig@heckerfink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Totaro**
Hecker Fink LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
646-741-5693
Email: mtotaro@heckerfink.com

**4-ER-625**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Environmental Defense Fund**                          represented by   **Sean H. Donahue**
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
202-277-7085
Email: sean@donahuegoldberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Philip Su**
Environmental Defense Fund
2060 Broadway St.
Ste 300
Boulder, CO 80302
541-905-9729
Email: asu@edf.org
*ATTORNEY TO BE NOTICED*

**Movant**

**Natural Resources Defense Council**                   represented by   **Julia Kathryn Forgie**
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
310-434-2351
Email: jforgie@nrdc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean H. Donahue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Sierra Club**                                         represented by   **Sean H. Donahue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Chamber of Commerce of the United**                   represented by   **Andrew Kim**
**States of America**                                                    Goodwin Procter LLP
1900 N St. NW
Washington, DC 20036
United Sta
(202) 346-4165
Email: AndrewKim@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Katahdin Rendino**
Goodwin Procter LLP

**4-ER-626**

601 Marshall St.
Redwood City, CA 94063
650-752-3100
Email: krendino@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**William M. Jay**
Goodwin Procter LLP
1900 N Street NW
Washington, DC 20036
202-346-4190
Email: wjay@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**U.S. House of Representatives**

represented by **Matthew B. Berry**
Office of General Counsel
5140 O'Neill House Office Building
Washington, DC 20515
202-225-9700
Email: matthew.berry@mail.house.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Truck Renting and Leasing Association**

represented by **David Leighton Rosenthal**
Consovoy McCarthy PLLC
1600 Wilson Blvd
Ste 700
Arlington, VA 22209
858-705-0864
Email: david@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**National Propane Gas Assocation**

represented by **David Leighton Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Western Propane Gas Association**

represented by **David Leighton Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Propane Gas Association of New England**

represented by **David Leighton Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**4-ER-627**

**Amicus**

**Nina Mendelson**                          represented by   **James P. Duffy**
                                                             Center for Applied Environmental Law and
                                                             Policy
                                                             712 H Street NE
                                                             Ste 90006
                                                             Washington, DC 20002
                                                             802-233-7967
                                                             Email: jay.duffy@caelp.org
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Daniel Alvarez**
                                                             Center for Applied Environmental Law and
                                                             Policy
                                                             712 H Street NE
                                                             Suite 90006
                                                             Washington, DC 20002
                                                             850-567-9203
                                                             Email: daniel.alvarez@caelp.org
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Peter Andrew Heisler**
                                                             Center for Applied Environmental Law and
                                                             Policy
                                                             712 H Street NE
                                                             Suite 90006
                                                             Washington, DC 20002
                                                             678-372-2648
                                                             Email: peter.heisler@caelp.org
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Theodore Lamm**
                                                             2680 Bancroft Way
                                                             Berkeley, CA 94720
                                                             646-823-4693
                                                             Email: theodore.lamm@gmail.com
                                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**William Ariana**                          represented by   **James P. Duffy**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Daniel Alvarez**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**4-ER-628**

**Peter Andrew Heisler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Lamm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Evan Zoldan**                    represented by **James P. Duffy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Alvarez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Heisler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Lamm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**CALSTART**                    represented by **Matthew Dwight Zinn**
Shute, Mihaly & Weinberger LLP
550 California Street
Ste 1200
San Francisco, CA 94104
415-552-7272
Email: zinn@smwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Stanton**
Shute Mihaly & Weinberger LLP
550 California Street
Ste 1200
San Francisco, CA 94104-1054
415-552-7272
Fax: 415-552-5816
Email: stanton@smwlaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**4-ER-629**

**Greg Dotson**                represented by **Jonathan David Weissglass**
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
(510) 836-4200
Email: jonathan@weissglass.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Bay Area Air Quality Management District**                represented by **Robert Steven Perlmutter**
Shute, Mihaly & Weinberger LLP
550 California Street
Ste 1200
San Francisco, CA 94104
415-552-7272
Fax: 415-552-5816
Email: perlmutter@smwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**American Fuel & Petrochemical Manufacturers**                represented by **Bradley A. Benbrook**
Benbrook Law Group, PC
701 University Ave
Suite 106
Sacramento, CA 95825
916-447-4900
Fax: 916-447-4904
Email: brad@benbrooklawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Paul Lehotsky**
Lehotsky Keller Cohn LLP
200 Massachusetts Avenue NW
Suite 700
Washington, DC 20001
202-365-2509
Email: steve@lkcfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine C. Yarger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael B. Schon**
Lehotsky Keller Cohn LLP

**4-ER-630**

200 Massachussetts Ave. NW
20001
Washington, DC 20001
202-436-4811
Email: mike@lkcfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Michael Duvernay**
Benbrook Law Group
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
(916) 447-4900
Fax: (916) 447-4904
Email: steve@benbrooklawgroup.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**American Petroleum Institute**                     represented by    **Bradley A. Benbrook**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Steven Paul Lehotsky**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Katherine C. Yarger**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Michael B. Schon**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Stephen Michael Duvernay**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Intervenor**

**National Association of Convenience**              represented by    **Bradley A. Benbrook**
**Stores**                                                              (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Steven Paul Lehotsky**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

**4-ER-631**

**Katherine C. Yarger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael B. Schon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Michael Duvernay**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number ACANDC-20780123.).<br><br>Injunction against the US government/official or APA vacatur requested. Filed by State of Colorado, State of New York, State of Delaware, State of New Jersey, State of Oregon, State of Washington, State of Vermont, Commonwealth of Massachusetts, State of New Mexico, State of Rhode Island, State of California. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Meckenstock, Margaret) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 2 | **Refiled as Docket No. 13 .**<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20780888.) filed by State of Vermont. (Attachments: # 1 Certificate of Good Standing)(Yindra, Hannah) (Filed on 6/12/2025) Modified on 6/13/2025 (ndr, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 3 | ***Refiled as Docket No. 12 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781133.) filed by State of New York. (Attachments: # 1 Certificate of Good Standing)(Gregor, Ashley) (Filed on 6/12/2025) Modified on 6/13/2025 (ndr, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 4 | ***Refiled as Docket No. 16 .***<br>First MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781052.) filed by State of Oregon. (Garrahan, Paul) (Filed on 6/12/2025) Modified on 6/13/2025 (ndr, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 5 | ***Refiled as Docket No. 19 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781239.) filed by State of Colorado. (Noteboom, Carrie) (Filed on 6/12/2025) Modified on 6/16/2025 to include text (nmh, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 6 | Case assigned to Judge Haywood S Gilliam, Jr.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new |

4-ER-632

| | | |
|---|---|---|
| | | case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (mbc, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 7 | ***Refiled as Docket No. 23 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20782352.) filed by Commonwealth of Massachusetts. (Schofield, Seth) (Filed on 6/12/2025) Modified on 6/18/2025 to include re-filed docket no. (nmh, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 8 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/9/2025. Initial Case Management Conference set for 9/16/2025 02:00 PM in Oakland, - Videoconference Only. (mbc, COURT STAFF) (Filed on 6/12/2025)**<br><br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/12/2025)** |
| 06/12/2025 | 9 | Proposed Summons. (Meckenstock, Margaret) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/13/2025 | 10 | ***Refiled as Docket No. 22 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20784814.) filed by State of Rhode Island. (Vaz, Nicholas) (Filed on 6/13/2025) Modified on 6/18/2025 (nmh, COURT STAFF). (Entered: 06/13/2025) |
| 06/13/2025 | 11 | ***Refiled as Docket No. 28 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20785580.) filed by State of New Mexico. (Attachments: # 1 Certificate of Good Standing)(Grantham, William) (Filed on 6/13/2025) Modified on 6/23/2025 (nmh, COURT STAFF). (Entered: 06/13/2025) |
| 06/13/2025 | 12 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781133.) Filing fee previously paid on 06/12/2025 filed by State of New York. (Attachments: # 1 Certificate of Good Standing)(Gregor, Ashley) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 13 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20780888.) Filing fee previously paid on June 12, 2025 filed by State of Vermont. (Attachments: # 1 Certificate of Good Standing)(Yindra, Hannah) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 14 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 12 Motion for Pro Hac Vice for Ashley Marie Gregor.**<br>**\*\*\*Docket No. 3 TERMINATED, Refiled as Docket No. 12 .\*\*\* (ndr, COURT STAFF) (Filed on 6/13/2025)**<br><br>**Modified on 6/16/2025 to remove pos info (ndr, COURT STAFF). (Entered: 06/13/2025)** |
| 06/13/2025 | 15 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 13 Motion for Pro Hac Vice for Hannah W. Yindra.**<br>**\*\*Docket No. 2 TERMINATED, Refiled as Docket No. 13 .\*\***<br>**(ndr, COURT STAFF) (Filed on 6/13/2025)** |

4-ER-633

| | | |
|---|---|---|
| | | Modified on 6/16/2025 to remove pos info (ndr, COURT STAFF). (Entered: 06/13/2025) |
| 06/13/2025 | 16 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781052.) Filing fee previously paid on 6/12/2025 filed by State of Oregon. (Garrahan, Paul) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 17 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 16 Motion for Pro Hac Vice for Paul Andrew Garrahan.**<br>**Docket No. 4 TERMINATED, Refiled as Docket No. 16 .\*\*\***<br>**(ndr, COURT STAFF) (Filed on 6/13/2025)**<br><br>Modified on 6/16/2025 to remove pos info. (ndr, COURT STAFF). (Entered: 06/13/2025) |
| 06/13/2025 | 18 | Summons Issued as to Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin, U.S. Attorney and U.S. Attorney General (mbc, COURT STAFF) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/16/2025 | 19 | \*\*Re-Filed as Docket No. 34 .\*\*<br>Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781239.) Filing fee previously paid on 06/12/2025 filed by State of Colorado. (Noteboom, Carrie) (Filed on 6/16/2025) Modified on 6/25/2025 (ndr, COURT STAFF). (Entered: 06/16/2025) |
| 06/16/2025 | 20 | First MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20792173.) filed by State of Washington. (Doolittle, Alexandria) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | | \*\*\*Motion 5 terminated, Re-Filed at Docket No. 19 .\*\*\* (nmh, COURT STAFF) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 21 | CERTIFICATE OF SERVICE by State of California re 1 Complaint,, 18 Summons Issued as to USA, 8 Initial Case Management Scheduling Order with ADR Deadlines, *Upon Defendants* (Meckenstock, Margaret) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/17/2025 | 22 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20784814.) Filing fee previously paid on 06/13/2025 filed by State of Rhode Island. (Vaz, Nicholas) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 23 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20782352.) Filing fee previously paid on 06/12/2025 filed by Commonwealth of Massachusetts. (Schofield, Seth) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 24 | \*\*\* Re-Filed as Docket No. 31 .\*\*\*<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20797794.) filed by Commonwealth of Massachusetts. (Whitney, Jon) (Filed on 6/17/2025) Modified on 6/24/2025 (ndr, COURT STAFF). (Entered: 06/17/2025) |
| 06/18/2025 | 25 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 20 Motion for Pro Hac Vice, as to Alexandria K. Doolittle.**<br>**(nmh, COURT STAFF) (Filed on 6/18/2025) (Entered: 06/18/2025)** |
| 06/18/2025 | 26 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 22 Amended MOTION for leave to appear in Pro Hac Vice, as to Nicholas M. Vaz.**<br>**\*\*Docket No. 10 TERMINATED, Refiled as Docket No. 22 .\*\*\* (nmh, COURT STAFF) (Filed on 6/18/2025) (Entered: 06/18/2025)** |
| 06/18/2025 | 27 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 23 Amended MOTION for leave to appear in Pro Hac Vice, as to Seth Schofield.** |

4-ER-634

| | | |
|---|---|---|
| | | **Docket No. 7 TERMINATED, Refiled as Docket No. 23 .*** (nmh, COURT STAFF) (Filed on 6/18/2025) (Entered: 06/18/2025) |
| 06/18/2025 | 28 | Amended MOTION for leave to appear in Pro Hac Vice (Filing fee $ 328.) Filing fee previously paid on 06/13/2025 filed by State of New Mexico. (Grantham, William) (Filed on 6/18/2025) (Entered: 06/18/2025) |
| 06/23/2025 | 29 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 28 Motion for Pro Hac Vice, as to William Grantham.** ***Docket No. 11 TERMINATED, Refiled as Docket No. 28 . *** (nmh, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/23/2025)** |
| 06/24/2025 | 30 | CLERK'S NOTICE RE DOCKET NOS. 19 AND 24 . The information on the application must match the docket. <br><br> Re Docket No. 19 . You and your local co-counsel's name on the application don't match the docket. There is no certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar attached to your filing pursuant to Local Rule 11-3. E-file a revised application (with attachments) with the correct information reflected on it. Make sure you use a smaller font so that the address information for you and your local co-counsel isn't cut-off on the application. <br><br> Re Docket No. 24 . Your address on the application doesn't match the docket. Either update the information on the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the information on the docket, please notify the CRD via e-mail after it's been done. <br><br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 6/24/2025) Modified on 6/24/2025 to correct typo (ndr, COURT STAFF). (Entered: 06/24/2025) |
| 06/24/2025 | 31 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20797794.) Filing fee previously paid on 06/17/2025 filed by Commonwealth of Massachusetts. (Whitney, Jon) (Filed on 6/24/2025) (Entered: 06/24/2025) |
| 06/24/2025 | 32 | CLERK'S NOTICE RE DOCKET NO. 31 . All future filings should reflect the case number as 4:25-cv-04966-HSG. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 6/24/2025) (Entered: 06/24/2025) |
| 06/24/2025 | 33 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 31 Motion for Pro Hac Vice for Jon Whitney.** ***Docket No. 24 TERMINATED, Re-Filed as Docket No. 31 .*** (ndr, COURT STAFF) (Filed on 6/24/2025) (Entered: 06/24/2025)** |
| 06/25/2025 | 34 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20781239.) Filing fee previously paid on 06/12/2025 filed by State of Colorado. (Attachments: # 1 Exhibit Certificate of Good Standing)(Noteboom, Carrie) (Filed on 6/25/2025) (Entered: 06/25/2025) |
| 06/25/2025 | 35 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 34 Motion for Pro Hac Vice for Carrie Noteboom.** **Docket No. 19 TERMINATED, Re-Filed as Docket No. 34 .** (ndr, COURT STAFF) (Filed on 6/25/2025) (Entered: 06/25/2025)** |

4-ER-635

| | | |
|---|---|---|
| 07/01/2025 | 36 | **Re-Filed as Docket No. 41 .** <br> MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20849199.) filed by State of Delaware. (Attachments: # 1 Exhibit)(Kassab, Vanessa) (Filed on 7/1/2025) Modified on 7/16/2025 (ndr, COURT STAFF). (Entered: 07/01/2025) |
| 07/02/2025 | 37 | CLERK'S NOTICE TO COUNSEL RE DOCKET NO. 36 . All future filings should reflect the case number as 4:25-cv-04966-HSG. The information on the application must match the docket. You and your local co-counsel's name on the application don't match the docket. Either update the information on the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the information on the docket, please notify the CRD via e-mail after it's been done. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 7/2/2025) (Entered: 07/02/2025) |
| 07/14/2025 | 38 | NOTICE of Appearance filed by Jeffrey Hughes on behalf of United States of America, Environmental Protection Agency, Lee Zeldin, Donald J. Trump (Hughes, Jeffrey) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/14/2025 | 39 | NOTICE of Appearance filed by Stephen M. Pezzi on behalf of United States of America, Environmental Protection Agency, Lee Zeldin, Donald J. Trump (Pezzi, Stephen) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/14/2025 | 40 | NOTICE of Appearance filed by Robert Nolan Stander on behalf of United States of America, Environmental Protection Agency, Lee Zeldin, Donald J. Trump (Stander, Robert) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/15/2025 | 41 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20849199.) Filing fee previously paid on 07/01/2025 filed by State of Delaware. (Attachments: # 1 Certificate of Good Standing)(Kassab, Vanessa) (Filed on 7/15/2025) (Entered: 07/15/2025) |
| 07/16/2025 | 42 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 41 Motion for Pro Hac Vice for Vanessa Kassab.** <br> **\*\*Docket No. 36 TERMINATED, Re-Filed as Docket No. 41 .\*\*** <br> **(ndr, COURT STAFF) (Filed on 7/16/2025) (Entered: 07/16/2025)** |
| 07/25/2025 | 43 | MOTION to Intervene filed by Zero Emission Transportation Association. Motion Hearing set for 10/16/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 8/8/2025. Replies due by 8/15/2025. (Attachments: # 1 Proposed Complaint-in-Intervention, # 2 Proposed Order)(Craig, Matthew) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 44 | Corporate Disclosure Statement by Zero Emission Transportation Association (Craig, Matthew) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 45 | MOTION for leave to appear in Pro Hac Vice *of Martin Totaro* ( Filing fee $ 328, receipt number ACANDC-20936718.) filed by Zero Emission Transportation Association. (Attachments: # 1 Certificate of Good Standing)(Totaro, Martin) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/28/2025 | 46 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 45 Motion for Pro Hac Vice for Martin Totaro. (ndr, COURT STAFF) (Filed on 7/28/2025) (Entered: 07/28/2025)** |
| 07/29/2025 | 47 | Letter from Martin Totaro *informing the court of defendants' non opposition to motion to intervene.* (Totaro, Martin) (Filed on 7/29/2025) (Entered: 07/29/2025) |

**4-ER-636**

| 07/30/2025 | 48 | CLERK'S NOTICE TO COUNSEL RE DOCKET NO. 47 . This Court does not accept letter filings unless they are discovery letter briefs. In the future, this type of filing should be drafted and e-filed as a notice. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 7/30/2025) (Entered: 07/30/2025) |
|---|---|---|
| 08/04/2025 | 49 | MOTION to Intervene *as Defendants* filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. Motion Hearing set for 10/16/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 8/18/2025. Replies due by 8/25/2025. (Attachments: # 1 Ex. A (Collins Declaration), # 2 Ex. B (Couser Declaration), # 3 Ex. C (DeMartini Declaration), # 4 Ex. D (Weinzierl Declaration), # 5 Ex. E (Roe Declaration), # 6 Ex. F (Andrews Declaration), # 7 Ex. G (Schad Declaration), # 8 Ex. H (Howard Declaration), # 9 Ex. I (Proposed Motion to Dismiss), # 10 Ex. J (Proposed Answer), # 11 Ex. K (Proposed Order))(Grant, Eric) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 50 | Certificate of Interested Entities by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association re 49 MOTION to Intervene *as Defendants* (Grant, Eric) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 51 | CLERK'S NOTICE. Notice is hereby given that counsel must re-notice not re-file the 49 motion to intervene. Hearing date of October 16, 2025, is vacated. The briefing schedule remains in effect. Counsel is directed to check the Court's scheduling notes before re-noticing the motion for a new hearing date. October 16, 2025 wasn't the Court's next available hearing date when this motion was e-filed. If counsel would like to request an earlier date, an administrative motion or a stipulation and proposed order should be e-filed after the motion is re-noticed. And if granted, the Court will advance the hearing date. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 52 | Amended Notice of Motion hearing re 49 MOTION to Intervene *as Defendants to October 23, 2025* filed byAmerican Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Related document(s) 49 ) (Grant, Eric) (Filed on 8/4/2025) Modified on 8/6/2025 (mbc, COURT STAFF). (Entered: 08/04/2025) |
| 08/04/2025 | | Reset Hearing as to 49 MOTION to Intervene *as Defendants, See Docket No.* 52 : *Motion Hearing set for 10/23/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.* *(ndr, COURT STAFF) (Filed on 8/4/2025) (Entered: 08/04/2025)* |

**4-ER-637**

| | | |
|---|---|---|
| 08/05/2025 | 53 | ***Re-Filed as Docket No. 57 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20974390.) Filing fee previously paid on 8/5/2025 filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Attachments: # 1 Certificate of Good Standing) (Ruppalt, Laura) (Filed on 8/5/2025) Modified on 8/6/2025 (ndr, COURT STAFF). (Entered: 08/05/2025) |
| 08/05/2025 | 54 | ***Re-Filed as Docket No. 58 .***<br>MOTION for leave to appear in Pro Hac Vice *by James R. Conde* ( Filing fee $ 328, receipt number ACANDC-20975322.) filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Attachments: # 1 Certificate of Good Standing)(Conde, James) (Filed on 8/5/2025) Modified on 8/6/2025 (ndr, COURT STAFF). (Entered: 08/05/2025) |
| 08/06/2025 | 55 | CLERK'S NOTICE RE DOCKET NOS. 53 AND 54 . Information on the application must match the information on the docket. Your name as listed on the application doesn't match the docket. Either update the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her. If you e-file a revised application, use a smaller font so that the entire address (city, state, and zip code) appears clearly on the document. Your local co-counsel needs to e-file a notice of appearance and add himself to the docket as part of the e-filing process. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/06/2025 | 56 | NOTICE of Appearance filed by John Bryant Thomas on behalf of American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association (Thomas, John) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/06/2025 | 57 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20974390.) Filing fee previously paid on 08/05/2025 filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Attachments: # 1 Certificate of Good Standing)(Ruppalt, Laura) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/06/2025 | 58 | Amended MOTION for leave to appear in Pro Hac Vice *by James Conde* ( Filing fee $ 328, receipt number ACANDC-20975322.) Filing fee previously paid on 08/05/2025 filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, |

4-ER-638

| | | |
|---|---|---|
| | | Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Attachments: # 1 Certificate of Good Standing)(Conde, James) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/06/2025 | | *** 53 MOTION for leave to appear in Pro Hac Vice TERMINATED, Re-Filed as Docket No. 57 .*** (Entered: 08/06/2025) |
| 08/06/2025 | | *** 54 MOTION for leave to appear in Pro Hac Vice *TERMINATED, Re-Filed as Docket No. 58 .*** (ndr, COURT STAFF) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/06/2025 | 59 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 57 Motion for Pro Hac Vice for Laura Ruppalt. (ndr, COURT STAFF) (Filed on 8/6/2025) (Entered: 08/06/2025)** |
| 08/06/2025 | 60 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 58 Motion for Pro Hac Vice for James Conde. (ndr, COURT STAFF) (Filed on 8/6/2025) (Entered: 08/06/2025)** |
| 08/06/2025 | 61 | MOTION to Intervene filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. Motion Hearing set for 10/23/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 8/20/2025. Replies due by 8/27/2025. (Attachments: # 1 Declaration Ex A - Moody Decl (AFPM), # 2 Declaration Ex B - Hupman Decl (API), # 3 Declaration Ex C - Kantor Decl (NACS), # 4 Declaration Ex D - Martini Decl (Chevron), # 5 Exhibit Ex E - Proposed Motion to Dismiss, # 6 Proposed Order Proposed Order Granting Motion to Intervene, # 7 Proposed Order Proposed Order Granting Motion to Dismiss, # 8 Exhibit Certificate of Interested Entities or Persons, # 9 Exhibit FRCP 7.1 Disclosure Statement)(Benbrook, Bradley) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/07/2025 | 62 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20983031.) filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Wedeking, James) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/07/2025 | 63 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 62 Motion for Pro Hac Vice for James Wedeking. (ndr, COURT STAFF) (Filed on 8/7/2025) (Entered: 08/07/2025)** |
| 08/07/2025 | 64 | ***Re-Filed as Docket No. 71 .*** <br> MOTION for leave to appear in Pro Hac Vice *by Steven Lehotsky* ( Filing fee $ 328, receipt number ACANDC-20983654.) filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit Certificate of Good Standing)(Lehotsky, Steven) (Filed on 8/7/2025) Modified on 8/8/2025 (ndr, COURT STAFF). (Entered: 08/07/2025) |
| 08/07/2025 | 65 | **Re-Filed as Docket No. 72 .** <br> MOTION for leave to appear in Pro Hac Vice *by Katherine Yarger* ( Filing fee $ 328, receipt number ACANDC-20983737.) filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit Certificate of Good Standing)(Yarger, Katherine) (Filed on 8/7/2025) Modified on 8/8/2025 (ndr, COURT STAFF). (Entered: 08/07/2025) |

4-ER-639

CAND-ECF

| 08/07/2025 | 66 | **Re-Filed as Docket No. 73 . MOTION for leave to appear in Pro Hac Vice *by Michael Schon* ( Filing fee $ 328, receipt number ACANDC-20983767.) filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit Certificate of Good Standing)(Schon, Michael) (Filed on 8/7/2025) Modified on 8/8/2025 (ndr, COURT STAFF). (Entered: 08/07/2025) |
|---|---|---|
| 08/07/2025 | 67 | NOTICE of Appearance filed by Bradley A. Benbrook on behalf of American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores (Benbrook, Bradley) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/07/2025 | 68 | NOTICE of Appearance filed by Stephen Michael Duvernay on behalf of American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores (Duvernay, Stephen) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/07/2025 | 69 | ***Re-Filed as Docket No. 79 .*** MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20986127.) filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Buschbacher, Michael) (Filed on 8/7/2025) Modified on 8/15/2025 (ndr, COURT STAFF). (Entered: 08/07/2025) |
| 08/08/2025 | 70 | CLERK'S NOTICE TO COUNSEL RE DOCKET NOS. 64 - 66 AND 69 . Information on the application must match the information on the docket. Re Docket No. 64 -You and your local co-counsel's names as listed on the application don't match the docket. Re Docket No. 65 and 66 - Your local co-counsel's name as listed on the application doesn't match the docket. Re Docket No. 69 -Your name as listed on the application doesn't match the docket. For all the applications either update the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/08/2025 | 71 | MOTION for leave to appear in Pro Hac Vice *by Steven Paul Lehotsky* ( Filing fee $ 328, receipt number 4470288.) Filing fee previously paid on 08/07/2025 filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit Certificate of Good Standing) (Lehotsky, Steven) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/08/2025 | 72 | MOTION for leave to appear in Pro Hac Vice *by Katherine C. Yarger* ( Filing fee $ 328, receipt number 4432792.) Filing fee previously paid on 08/07/2025 filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit Certificate of Good Standing)(Yarger, Katherine) (Filed on 8/8/2025) (Entered: 08/08/2025) |

**4-ER-640**

| 08/08/2025 | 73 | MOTION for leave to appear in Pro Hac Vice *by Michael Schon* ( Filing fee $ 328, receipt number 4644410.) Filing fee previously paid on 08/07/2025 filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit Certificate of Good Standing)(Schon, Michael) (Filed on 8/8/2025) (Entered: 08/08/2025) |
|---|---|---|
| 08/08/2025 | 74 | **ORDER by Judge Haywood S. Gilliam, Jr.GRANTING 72 Motion for Pro Hac Vice by Katherine C. Yarger.**<br>**Docket No. 65 TERMINATED, Re-Filed as Docket No. 72 .**<br>**(ndr, COURT STAFF) (Filed on 8/8/2025) (Entered: 08/08/2025)** |
| 08/08/2025 | 75 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 73 Motion for Pro Hac Vice for Michael B. Schon.**<br>**Docket No. 66 TERMINATED, Re-Filed as Docket No. 73 .**<br>**(ndr, COURT STAFF) (Filed on 8/8/2025) (Entered: 08/08/2025)** |
| 08/08/2025 | 76 | NOTICE of Withdrawal filed by Eric Grant, no longer appearing on behalf of American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association in this case (Grant, Eric) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/13/2025 | 77 | STIPULATION WITH PROPOSED ORDER re 1 Complaint,, 61 MOTION to Intervene , 49 MOTION to Intervene *as Defendants*, 8 Initial Case Management Scheduling Order with ADR Deadlines, 47 Letter, 43 MOTION to Intervene *Joint Stipulation and [Proposed] Order to Extend Federal Defendants' Deadline to Answer or Otherwise Respond to the Complaint and the Court's Initial Case Management Deadlines* filed by State of California. (Meckenstock, Margaret) (Filed on 8/13/2025) (Entered: 08/13/2025) |
| 08/13/2025 | 78 | STIPULATION WITH PROPOSED ORDER re 61 MOTION to Intervene , 49 MOTION to Intervene *as Defendants Joint Stipulation and [Proposed] Order to Extend Plaintiffs' Deadline to Respond to AmFree et al.'s Motion to Intervene as Defendants* filed by State of California. (Meckenstock, Margaret) (Filed on 8/13/2025) Modified on 8/26/2025 to TERM behind the scenes (ndr, COURT STAFF). (Entered: 08/13/2025) |
| 08/14/2025 | 79 | Amended MOTION for leave to appear in Pro Hac Vice (Filing fee $ 328.) Filing fee previously paid on August 7, 2025 filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association. (Attachments: # 1 Certificate of Good Standing)(Buschbacher, Michael) (Filed on 8/14/2025) (Entered: 08/14/2025) |
| 08/14/2025 | 80 | NOTICE of Substitution of Counsel: Attorney Cecilia D. Segal substituted for Michael Stephen Dorsi on behalf of State of California (Segal, Cecilia) (Filed on 8/14/2025) (Entered: 08/14/2025) |
| 08/14/2025 | 81 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 77 Stipulation to Extend Federal Defendants' Deadline to Answer or Otherwise Respond to the Complaint and the Court's Initial Case Management Deadlines. (ndr, COURT STAFF) (Filed on 8/14/2025) (Entered: 08/14/2025)** |

**4-ER-641**

2/23/26, 11:22 AM                                                    CAND-ECF

| 08/14/2025 | 82 | **ORDER GRANTING 78 Stipulation to Extend Plaintiffs' Deadline to Respond to AmFree et al.'s Motion to Intervene as Defendants. Signed by Judge Haywood S. Gilliam, Jr. on 8/14/2025.** <br> **Reset Deadlines as to Docket No. 49 :** <br> **Responses due by 8/20/2025.** <br> **Replies due by 8/27/2025.** <br> **(ndr, COURT STAFF) (Filed on 8/14/2025) (Entered: 08/14/2025)** |
|---|---|---|
| 08/15/2025 | | *** 69 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20986127.) TERMINATED, Re-Filed as Docket No. 79 .*** (ndr, COURT STAFF) (Filed on 8/15/2025) (Entered: 08/15/2025) |
| 08/15/2025 | 83 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 79 Motion for Pro Hac Vice for Michael B. Buschbacher. (ndr, COURT STAFF) (Filed on 8/15/2025) (Entered: 08/15/2025)** |
| 08/20/2025 | 84 | OPPOSITION/RESPONSE (re 49 MOTION to Intervene *as Defendants* ) *Plaintiffs Opposition to Motion To Intervene By American Free Enterprise Chamber Of Commerce Et Al.* filed byState of California. (Segal, Cecilia) (Filed on 8/20/2025) (Entered: 08/20/2025) |
| 08/20/2025 | 85 | OPPOSITION/RESPONSE (re 61 MOTION to Intervene ) *Plaintiffs Opposition To Motion To Intervene By American Fuel & Petrochemical Manufacturers Et Al.* filed byState of California. (Segal, Cecilia) (Filed on 8/20/2025) (Entered: 08/20/2025) |
| 08/22/2025 | 86 | MOTION to Intervene filed by State of Texas. Motion Hearing set for 11/6/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 9/5/2025. Replies due by 9/12/2025. (Attachments: # 1 Declaration, # 2 Proposed Order)(Tran, Brandon) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/27/2025 | 87 | CLERK'S NOTICE. Notice is hereby given that the hearings on the 43 and 86 motions to intervene previously set for October 16, 2025 and November 6, 2025, are continued to October 23, 2025, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA to be held along with the hearings on the other 49 and 61 motions to intervene. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 8/27/2025) (Entered: 08/27/2025) |
| 08/27/2025 | 88 | REPLY (re 61 MOTION to Intervene , 49 MOTION to Intervene *as Defendants* ) *(Jointly)* filed byAmerican Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Yarger, Katherine) (Filed on 8/27/2025) (Entered: 08/27/2025) |
| 08/29/2025 | 89 | **ORDER by Judge Haywood S Gilliam, Jr granting 71 Motion for Pro Hac Vice as to Steven Paul Lehotsky. (kc, COURT STAFF) (Filed on 8/29/2025) (Entered: 08/29/2025)** |
| 09/05/2025 | 90 | OPPOSITION/RESPONSE (re 86 MOTION to Intervene ) filed byState of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Texas, State of California, State of Colorado, State of Delaware, State of New Jersey. (Segal, Cecilia) (Filed on 9/5/2025) (Entered: 09/05/2025) |

**4-ER-642**

2/23/26, 11:22 AM                                                CAND-ECF

| 09/05/2025 | 91 | NOTICE of Appearance filed by Sean F. Howell on behalf of The Alliance for Automotive Innovation, National Automobile Dealers Association (Howell, Sean) (Filed on 9/5/2025) (Entered: 09/05/2025) |
|---|---|---|
| 09/05/2025 | 92 | MOTION to Intervene filed by The Alliance for Automotive Innovation, National Automobile Dealers Association. Motion Hearing set for 11/13/2025 02:00 PM before Judge Haywood S Gilliam Jr.. Responses due by 9/19/2025. Replies due by 9/26/2025. (Attachments: # 1 Proposed Order, # 2 Declaration of Sean Howell, # 3 Exhibit A, # 4 Exhibit B)(Howell, Sean) (Filed on 9/5/2025) (Entered: 09/05/2025) |
| 09/05/2025 | 93 | Certificate of Interested Entities by The Alliance for Automotive Innovation (Howell, Sean) (Filed on 9/5/2025) (Entered: 09/05/2025) |
| 09/05/2025 | 94 | Certificate of Interested Entities by National Automobile Dealers Association (Howell, Sean) (Filed on 9/5/2025) (Entered: 09/05/2025) |
| 09/05/2025 | 95 | **Re-Filed as Docket No. 108 .** MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21096581.) Filing fee previously paid on 09/05/2025 filed by The Alliance for Automotive Innovation, National Automobile Dealers Association. (Attachments: # 1 Certificate of Good Standing)(Ludwiszewski, Raymond) (Filed on 9/5/2025) Modified on 9/10/2025 (ndr, COURT STAFF). (Entered: 09/05/2025) |
| 09/05/2025 | 96 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21096633.) filed by The Alliance for Automotive Innovation, National Automobile Dealers Association. (Attachments: # 1 Certificate of Good Standing) (Levick, Rachel) (Filed on 9/5/2025) (Entered: 09/05/2025) |
| 09/09/2025 | 97 | CLERK'S NOTICE. Notice is hereby given that the hearing on the 92 motion to intervene, previously set for November 23, 2025, is advanced to October 23, 2025, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., to be heard along with the other motions, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/9/2025) (Entered: 09/09/2025) |
| 09/09/2025 | 98 | ***Re-Filed as Docket No. 110 .*** MOTION for leave to appear in Pro Hac Vice *James Rogers* ( Filing fee $ 328, receipt number ACANDC-21108098.) filed by State of Texas. (Attachments: # 1 Exhibit State Bar of Arizona Letter of Good Standing for James Rogers)(Rogers, James) (Filed on 9/9/2025) Modified on 9/23/2025 (ndr, COURT STAFF). (Entered: 09/09/2025) |
| 09/10/2025 | 99 | CLERK'S NOTICE RE DOCKET NOS. 95 AND 98 . Information on the application must match the information on the docket. Either update the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her.<br><br>RE DOCKET NO. 95 -Your name and address as listed on the application doesn't match the docket.<br><br>RE DOCKET NO. 98 - You and your local co-counsel's name as listed on the application doesn't match the docket. Also, you need to use a smaller font so that the complete addresses on the application are visible.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025) |

**4-ER-643**

| 09/10/2025 | 100 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 96 Motion for Pro Hac Vice for Rachel Levick. (ndr, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025)** |
|---|---|---|
| 09/10/2025 | 101 | **Re-Filed as Docket No. 104 .** MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21109032.) filed by State of Texas. (Attachments: # 1 Certificate of Good Standing)(Williams, Wesley) (Filed on 9/10/2025) Modified on 9/10/2025 (ndr, COURT STAFF). (Entered: 09/10/2025) |
| 09/10/2025 | 102 | **Re-Filed as Docket No. 105 . ** MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21109132.) filed by State of Texas. (Attachments: # 1 Certificate of Good Standing)(Lancaster, Ian) (Filed on 9/10/2025) Modified on 9/10/2025 (ndr, COURT STAFF). (Entered: 09/10/2025) |
| 09/10/2025 | 103 | CLERK'S NOTICE CLERK'S NOTICE RE DOCKET NOS. 101 AND 102 . Information on the application must match the information on the docket. E-file a revised application (with attachments) with the correct information reflected on it. You need to use a smaller font so that the complete address including state and zip code for your local counsel are visible on the application.<br><br>RE DOCKET NO. 101 - You and your local co-counsel's name as listed on the application don't match the docket.<br><br>RE DOCKET NO. 102 - Your local co-counsel's name as listed on the application doesn't match the docket.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/10/2025) Modified on 9/10/2025 to correct spacing (ndr, COURT STAFF). (Entered: 09/10/2025) |
| 09/10/2025 | 104 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21109032.) Filing fee previously paid on 9/10/2025 filed by State of Texas. (Attachments: # 1 Certificate of Good Standing)(Williams, Wesley) (Filed on 9/10/2025) (Entered: 09/10/2025) |
| 09/10/2025 | 105 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21109132.) Filing fee previously paid on 9/10/2025 filed by State of Texas. (Attachments: # 1 Certificate of Good Standing)(Lancaster, Ian) (Filed on 9/10/2025) (Entered: 09/10/2025) |
| 09/10/2025 | 106 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 104 Motion for Pro Hac Vice for Wesley Scott Williams. Docket No. 101 TERMINATED, Re-Filed as Docket No. 104 . (ndr, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025)** |
| 09/10/2025 | 107 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 105 Motion for Pro Hac Vice for Ian Lancaster. Docket No. 102 TERMINATED, Re-Filed as Docket No. 105 . (ndr, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025)** |
| 09/10/2025 | 108 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21096581.) Filing fee previously paid on 09/05/2025 filed by The Alliance for Automotive Innovation, National Automobile Dealers Association. (Attachments: # 1 Certificate of Good Standing)(Ludwiszewski, Raymond) (Filed on 9/10/2025) (Entered: 09/10/2025) |

**4-ER-644**

| 09/10/2025 | 109 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 108 Motion for Pro Hac Vice for Raymond B Ludwiszewski.** <br> **Docket No. 95 TERMINATED, Re-Filed as Docket No. 108 .** <br> **(ndr, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025)** |
|---|---|---|
| 09/11/2025 | 110 | ***Re-Filed as Docket No. 126 .*** <br> Amended MOTION for leave to appear in Pro Hac Vice *James Rogers* ( Filing fee $ 328, receipt number ACANDC-21108098.) Filing fee previously paid on 9/9/205 filed by State of Texas. (Attachments: # 1 Letter of Good Standing)(Rogers, James) (Filed on 9/11/2025) Modified on 9/23/2025 (ndr, COURT STAFF). (Entered: 09/11/2025) |
| 09/12/2025 | 111 | REPLY (re 86 MOTION to Intervene ) filed byState of Texas. (Tran, Brandon) (Filed on 9/12/2025) (Entered: 09/12/2025) |
| 09/15/2025 | 112 | MOTION to Intervene filed by Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc.. Motion Hearing set for 11/20/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 9/29/2025. Replies due by 10/6/2025. (Attachments: # 1 Exhibit A Declaration of Lee Brown, # 2 Exhibit B Declaration of William Aboudi, # 3 Exhibit C Declaration of Michael Lewis, # 4 Exhibit D Proposed Motion to Dismiss, # 5 Exhibit E Proposed Answer, # 6 Exhibit F Proposed Order)(Hadzi-Antich, Theodore) (Filed on 9/15/2025) (Entered: 09/15/2025) |
| 09/16/2025 | 113 | **Re-Filed as Docket No. 134 .** <br> MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21133188.) filed by Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc.. (Henneke, Robert) (Filed on 9/16/2025) Modified on 9/25/2025 (ndr, COURT STAFF). (Entered: 09/16/2025) |
| 09/16/2025 | 114 | CLERK'S NOTICE. Notice is hereby given that the hearing on the 112 motion to intervene, previously set for November 20, 2025, is advanced to October 23, 2025, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., to be heard along with the other motions, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/16/2025) (Entered: 09/16/2025) |
| 09/16/2025 | 115 | NOTICE of Appearance filed by Eric William Heigis on behalf of Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc. (Heigis, Eric) (Filed on 9/16/2025) (Entered: 09/16/2025) |

4-ER-645

| | | |
|---|---|---|
| 09/18/2025 | 116 | CLERK'S NOTICE TO COUNSEL RE DOCKET NOS. 110 AND 113 . Information on the application must match the information on the docket. Either update the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her.<br><br>Re Docket No. 110 . Your name as listed on the application doesn't match the docket as previously advised via docket no. 99 .<br><br>Re Docket No. 113 . You and your local co-counsel's name as listed on the application doesn't match the docket. Pursuant to Local Rule 11-3 (a)(3). Your local co-counsel must be an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California. The address on the application and on the docket for your local counsel must be in California. A footnote on the application is not suffice.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/18/2025) (Entered: 09/18/2025) |
| 09/19/2025 | 117 | OPPOSITION/RESPONSE (re 92 MOTION to Intervene ) filed byState of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey. (Segal, Cecilia) (Filed on 9/19/2025) (Entered: 09/19/2025) |
| 09/19/2025 | 118 | MOTION to Dismiss filed by United States of America, Environmental Protection Agency, Lee Zeldin, Donald J. Trump. Motion to Dismiss Hearing set for 10/30/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor. Responses due by 10/3/2025. Replies due by 10/10/2025. (Attachments: # 1 Proposed Order)(Pezzi, Stephen) (Filed on 9/19/2025) (Entered: 09/19/2025) |
| 09/22/2025 | 119 | CLERK'S NOTICE. Notice is hereby given that counsel must re-notice not re-file the 118 motion to dismiss. Hearing date of October 30, 2025, is vacated. The briefing schedule remains in effect. Counsel is directed to check the Court's scheduling notes before re-noticing the motion for a new hearing date. October 30, 2025 wasn't the Court's next available hearing date when this motion was e-filed.<br><br>If counsel would like to request an earlier date, an administrative motion or a stipulation and proposed order should be e-filed after the motion is re-noticed. And if granted, the Court will advance the hearing date.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 120 | MOTION for Leave to File *Amicus Brief* filed by State of Iowa. (Francois, Anthony) (Filed on 9/22/2025) Modified on 9/22/2025 to remove the word "Proposed" (ndr, COURT STAFF). (Entered: 09/22/2025) |
| 09/22/2025 | 121 | ***Re-Filed as Docket No. 123 .***<br>MOTION for leave to appear in Pro Hac Vice *on Behalf of Eric Wessan* ( Filing fee $ 328, receipt number ACANDC-21155025.) filed by State of Iowa. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Francois, Anthony) (Filed on 9/22/2025) Modified on 9/22/2025 (ndr, COURT STAFF). (Entered: 09/22/2025) |
| 09/22/2025 | 122 | CLERK'S NOTICE RE DOCKET NO. 121 . The applicant is directed to re-file the application and attachments using his log-in information and to add himself to the docket as part of the e-filing process. Before re-filing the application and attachments. Counsel should be aware that the information on the application must match the information on |

4-ER-646

the docket. Your local co-counsel's name and e-mail address as listed on the application don't match the docket. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025)

| 09/22/2025 | 123 | ***Re-Filed as Docket No. 125 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21156920.) filed by State of Iowa. (Attachments: # 1 Declaration Letter of Good Standing)(Wessan, Eric) (Filed on 9/22/2025) Modified on 9/23/2025 (ndr, COURT STAFF). (Entered: 09/22/2025) |
| 09/22/2025 | 124 | CLERK'S NOTICE RE 120 Motion for Leave to File. Notice is hereby given that the motion will be handled as a noticed motion. Counsel must notice the motion for hearing. Counsel is directed to check the Court's scheduling notes before noticing the motion for a hearing date. Briefing is set as follows pursuant to Local Rule 7-3: Responses due by 10/6/2025. Replies due by 10/13/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | | *** 121 MOTION for leave to appear in Pro Hac Vice *on Behalf of Eric Wessan* TERMINATED, Re-Filed as Docket No. 123 .*** (ndr, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/23/2025 | 125 | ***Re-Filed as Docket No. 127 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number 7372144.) Filing fee previously paid on 9/22/2025 filed by State of Iowa. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Wessan, Eric) (Filed on 9/23/2025) Modified on 9/23/2025 (ndr, COURT STAFF). (Entered: 09/23/2025) |
| 09/23/2025 | 126 | Amended MOTION for leave to appear in Pro Hac Vice *James Rogers* ( Filing fee $ 328, receipt number ACANDC-21108098.) Filing fee previously paid on 9/9/2025 filed by State of Texas. (Attachments: # 1 Exhibit State Bar of Arizona Letter of Good Standing for James Rogers)(Rogers, James) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | | *** 123 MOTION for leave to appear in Pro Hac Vice , Re-Filed as Docket No. 125 .*** (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | | *** 110 Amended MOTION for leave to appear in Pro Hac Vice *James Rogers* TERMINATED, Re-Filed as Docket No. 126 .*** (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | | *** 98 MOTION for leave to appear in Pro Hac Vice *James Rogers* TERMINATED, Re-Filed as Docket No. 110 .*** (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | 127 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number 7372144.) Filing fee previously paid on 9/22/2025 filed by State of Iowa. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Wessan, Eric) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | | 125 MOTION for leave to appear in Pro Hac Vice TERMINATED, Re-Filed as Docket No. 127 . (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | 128 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 126 Amended Motion for Pro Hac Vice for James K. Rogers. (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025)** |
| 09/23/2025 | 129 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 127 Motion for Pro Hac Vice for Eric H. Wessan. (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered:** |

4-ER-647

| | | |
|---|---|---|
| | | **09/23/2025)** |
| 09/23/2025 | 130 | ***Re-Filed as Docket No. 132 .***<br>MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21161526.) filed by State of Texas. (Attachments: # 1 Declaration Certificate of Good Standing)(Giannetti, Ryan) (Filed on 9/23/2025) Modified on 9/24/2025 (ndr, COURT STAFF). (Entered: 09/23/2025) |
| 09/23/2025 | 131 | CLERK'S NOTICE RE DOCKET NO. 130 . Information on the application must match the information on the docket. Your address and your local co-counsel's name and address as listed on the application don't match the docket. Either update the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/24/2025 | 132 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21161526.) Filing fee previously paid on Sept. 23, 2025 filed by State of Texas. (Attachments: # 1 Declaration Certificate of Good Standing)(Giannetti, Ryan) (Filed on 9/24/2025) (Entered: 09/24/2025) |
| 09/24/2025 | | *** 130 MOTION for leave to appear in Pro Hac Vice TERMINATED, Re-Filed as Docket No. 132 .*** (ndr, COURT STAFF) (Filed on 9/24/2025) (Entered: 09/24/2025) |
| 09/24/2025 | 133 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 132 Amended Motion for Pro Hac Vice for Ryan Giannetti. (ndr, COURT STAFF) (Filed on 9/24/2025) (Entered: 09/24/2025)** |
| 09/25/2025 | 134 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21133188.) Filing fee previously paid on 9/16/2025 filed by Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc.. (Henneke, Robert) (Filed on 9/25/2025) (Entered: 09/25/2025) |
| 09/25/2025 | 135 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 134 Motion for Pro Hac Vice for Robert Earl Henneke.**<br>**Docket No. 113 TERMINATED, Re-Filed as Docket No. 134 .**<br>**(ndr, COURT STAFF) (Filed on 9/25/2025) (Entered: 09/25/2025)** |
| 09/26/2025 | 136 | REPLY (re 92 MOTION to Intervene ) filed byThe Alliance for Automotive Innovation, National Automobile Dealers Association. (Attachments: # 1 Declaration of Rachel Levick, # 2 Exhibit 1)(Levick, Rachel) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 137 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21176064.) filed by Chamber of Commerce of the United States of America. (Jay, William) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 138 | MOTION for Leave to File *Amicus Curiae Brief* filed by U.S. House of Representatives. (Attachments: # 1 Proposed Amicus Curiae Brief, # 2 Proposed Order)(Berry, Matthew) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 139 | MOTION for Leave to File *Amici Brief* filed by Truck Renting and Leasing Association, National Propane Gas Assocation, Western Propane Gas Association, Propane Gas Association of New England. (Attachments: # 1 Amici Brief, # 2 Proposed Order) (Rosenthal, David) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 140 | **Re-filed as Docket No. 141 .**<br>MOTION to File Amicus Curiae Brief *on Behalf of the Chamber of Commerce of the United States of America in Support of Motion to Dismiss* filed by Chamber of Commerce of the United States of America. Motion Hearing set for 11/20/2025 10:00 AM in |

4-ER-648

| | | |
|---|---|---|
| | | Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 10/10/2025. Replies due by 10/17/2025. (Attachments: # 1 [Proposed] Brief Amicus Curiae, # 2 Proposed Order)(Jay, William) (Filed on 9/26/2025) Modified on 9/29/2025 (ndr, COURT STAFF). (Entered: 09/26/2025) |
| 09/26/2025 | 141 | MOTION to File Amicus Curiae Brief *on Behalf of the Chamber of Commerce of the United States of America in Support of Motion to Dismiss* filed by Chamber of Commerce of the United States of America. Motion Hearing set for 11/20/2025 10:00 AM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 10/10/2025. Replies due by 10/17/2025. (Attachments: # 1 [Proposed] Brief Amicus Curiae, # 2 Proposed Order)(Kim, Andrew) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 142 | NOTICE by State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey *of Pendency of Other Actions* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Segal, Cecilia) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/29/2025 | 143 | CLERK'S NOTICE RE Docket Nos. 138 , 139 , and 141 Motions for Leave to File.Re Docket Nos. 138 and 139 . Notice is hereby given that the motions will be handled as noticed motions. Briefing is set as follows pursuant to Local Rule 7-3: Responses due by 10/10/2025. Replies due by 10/17/2025.<br><br>Re Docket No. 139 . Counsel must notice the motion for hearing. Counsel is directed to check the Court's scheduling notes before noticing the motion for a hearing date.<br><br>Re Docket No. 141 . Motions are held on Thursdays at 2 p.m. Notice is hereby given that the motion, previously noticed for November 20, 2025 will be held on that date before Judge Haywood S. Gilliam, Jr., at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 09/29/2025 | | Reset Hearings as to Docket Nos. 138 and 141 MOTIONS to File Amicus Curiae Brief: Motion Hearings set for 11/20/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.<br><br>Docket No. 140 TERMINATED, Re-filed as Docket No. 141 .<br><br>(ndr, COURT STAFF) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 09/29/2025 | 144 | Renotice motion hearing re 139 MOTION for Leave to File *Amici Brief* filed byTruck Renting and Leasing Association, National Propane Gas Assocation, Western Propane Gas Association, Propane Gas Association of New England. (Attachments: # 1 Proposed Order)(Related document(s) 139 ) (Rosenthal, David) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 09/29/2025 | | Set Hearing as to 139 MOTION for Leave to File *Amici Brief, See Docket No. 144 : Motion Hearing set for 11/20/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.*<br>*(ndr, COURT STAFF) (Filed on 9/29/2025) (Entered: 09/29/2025)* |
| 09/29/2025 | 145 | OPPOSITION/RESPONSE (re 112 MOTION to Intervene ) *by Western States Trucking Association, Inc. and Construction Industry Air Quality Coalition, Inc.* filed byState of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of California, State of Colorado, State of Delaware, |

4-ER-649

CAND-ECF

| | | |
|---|---|---|
| | | Commonwealth of Massachusetts, State of New Jersey. (Segal, Cecilia) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 10/01/2025 | 146 | CLERK'S NOTICE RE DOCKET NO. 137 . Local co-counsel, Katahdin Rendino needs to e-file a notice of appearance and add himself to the docket as part of the e-filing process. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 10/1/2025) (Entered: 10/01/2025) |
| 10/01/2025 | 147 | NOTICE of Appearance filed by Katahdin Rendino on behalf of Chamber of Commerce of the United States of America (Rendino, Katahdin) (Filed on 10/1/2025) (Entered: 10/01/2025) |
| 10/01/2025 | 148 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 137 Motion for Pro Hac Vice for William M. Jay. (ndr, COURT STAFF) (Filed on 10/1/2025) (Entered: 10/01/2025)** |
| 10/03/2025 | 149 | STIPULATION WITH PROPOSED ORDER re 142 Notice (Other), filed by United States of America, Environmental Protection Agency, Donald J. Trump. (Mann, Martha) (Filed on 10/3/2025) (Entered: 10/03/2025) |
| 10/03/2025 | 150 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 149 Stipulation. (ndr, COURT STAFF) (Filed on 10/3/2025) (Entered: 10/03/2025)** |
| 10/03/2025 | 151 | OPPOSITION/RESPONSE (re 118 MOTION to Dismiss ) *Plaintiffs' Opposition to Defendants' Motion to Dismiss; Notice of Election to File Amended Complaint Pursuant to Rule 15(a)(1)(B)* filed byState of California. (Meckenstock, Margaret) (Filed on 10/3/2025) (Entered: 10/03/2025) |
| 10/06/2025 | 152 | REPLY (re 112 MOTION to Intervene ) filed byWestern States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc.. (Hadzi-Antich, Theodore) (Filed on 10/6/2025) (Entered: 10/06/2025) |
| 10/06/2025 | 153 | OPPOSITION/RESPONSE (re 120 Proposed MOTION for Leave to File *Amicus Brief* ) *Plaintiff's Opposition to State of Iowa et al.'s Motion for Leave to File an Amicus Brief in Support of Dismissal* filed byState of California. (Meckenstock, Margaret) (Filed on 10/6/2025) (Entered: 10/06/2025) |
| 10/10/2025 | 154 | OPPOSITION/RESPONSE (re 138 MOTION for Leave to File *Amicus Curiae Brief* ) *Plaintiffs' Opposition to U.S. House of Representative's Motion for Leave to File Brief as Amicus Curiae in Support of Defendants' Motion to Dismiss* filed byState of California. (Meckenstock, Margaret) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/10/2025 | 155 | OPPOSITION/RESPONSE (re 139 MOTION for Leave to File *Amici Brief* ) *Plaintiffs' Opposition to Truck Renting and Leasing Association et al.'s Motion for Leave to File an Amici Curiae Brief in Support of Defendants' Motion to Dismiss* filed byState of California. (Meckenstock, Margaret) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/10/2025 | 156 | OPPOSITION/RESPONSE (re 141 MOTION to File Amicus Curiae Brief *on Behalf of the Chamber of Commerce of the United States of America in Support of Motion to Dismiss* ) *Plaintiffs' Opposition to U.S. Chamber of Commerce's Motion for Leave to File Brief of Amicus Curiae in Support of Motion to Dismiss* filed byState of California. (Meckenstock, Margaret) (Filed on 10/10/2025) (Entered: 10/10/2025) |

**4-ER-650**

| 10/10/2025 | 157 | AMENDED COMPLAINT *First Amended Complaint for Declaratory and Injunctive Relief* against Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. Filed by State of California. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Meckenstock, Margaret) (Filed on 10/10/2025) (Entered: 10/10/2025) |
|---|---|---|
| 10/10/2025 | 158 | MOTION for Leave to File *Statement Opposing Plaintiffs' Notice of Pendency of Other Actions* filed by American Free Enterprise Chamber of Commerce. (Attachments: # 1 Exhibit Statement Opposing Plaintiffs' Notice of Pendency of Other Actions, # 2 Proposed Order)(Buschbacher, Michael) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/14/2025 | 159 | CLERK'S NOTICE RE 158 Motion for Leave to File. In the future when e-filing a noticed motion. It is very important that the correct event is used. If as part of your e-filing process the motion response/reply deadlines aren't set and you aren't prompted to set the hearing date. Then you are using the wrong event and should not proceed. The briefing is set as follows pursuant to Local Rule 7-3: Responses due by 10/24/2025. Replies due by 10/31/2025. Motion Hearing set for 12/4/2025 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr. pursuant to the notice. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/16/2025 | 160 | CLERK'S NOTICE Re Docket Nos. 43 , 49 , 61 , 86 , 92 , and 112 . Notice is hereby given that the Court takes the pending motions to intervene filings under submission. The hearings previously scheduled for October 23, 2025 at 2:00 p.m. are vacated. The Court will issue a written order. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 10/22/2025 | 161 | STIPULATION WITH PROPOSED ORDER re 157 Amended Complaint, *Briefing Schedule for Motion to Dismiss* filed by United States of America, Environmental Protection Agency, Lee Zeldin, Donald J. Trump. (Mann, Martha) (Filed on 10/22/2025) (Entered: 10/22/2025) |
| 10/23/2025 | 162 | **ORDER GRANTING 161 STIPULATION Re *Briefing Schedule for Motion to Dismiss*. Signed by Judge Haywood S. Gilliam, Jr. on 10/23/2025. Motions due by 11/17/2025. Responses due by 12/23/2025. Replies due by 1/19/2026. Motion Hearing set for 1/29/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr. (ndr, COURT STAFF) (Filed on 10/23/2025) (Entered: 10/23/2025)** |
| 10/23/2025 | 163 | **ORDER by Hon. Haywood S. Gilliam, Jr. In light of Dkt. No. 157 the amended complaint and Dkt. No. 161 the parties' stipulated schedule, the Court TERMINATES AS MOOT Dkt. No. 118 the pending motion to dismiss and Dkt. Nos. 120 , 138 , 139 , and 141 the motions for leave to file amicus briefs in support of the motion to dismiss. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (hsglc1, COURT STAFF) (Filed on 10/23/2025) (Entered: 10/23/2025)** |
| 10/24/2025 | 164 | OPPOSITION/RESPONSE (re 158 MOTION for Leave to File *Statement Opposing Plaintiffs' Notice of Pendency of Other Actions* ) filed byState of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of California, State of Colorado, State of Delaware, Commonwealth of |

**4-ER-651**

| | | |
|---|---|---|
| | | Massachusetts, State of New Jersey. (Segal, Cecilia) (Filed on 10/24/2025) (Entered: 10/24/2025) |
| 10/29/2025 | 165 | ADMINISTRATIVE MOTION for a Stay due to Lapse in Appropriations filed by Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. Responses due by 11/3/2025. (Attachments: # 1 Proposed Order)(Pezzi, Stephen) (Filed on 10/29/2025) (Entered: 10/29/2025) |
| 11/03/2025 | 166 | OPPOSITION/RESPONSE (re 165 ADMINISTRATIVE MOTION for a Stay due to Lapse in Appropriations ) filed byCommonwealth of Massachusetts, State of California, State of Colorado, State of Delaware, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington. (Attachments: # 1 Declaration of Cecilia D. Segal, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Segal, Cecilia) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/13/2025 | 167 | STIPULATION WITH PROPOSED ORDER *to exceed page limitations for motion to dismiss briefing* filed by Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. (Hughes, Jeffrey) (Filed on 11/13/2025) (Entered: 11/13/2025) |
| 11/14/2025 | 168 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 167 Stipulation to exceed page limitations for motion to dismiss briefing. (ndr, COURT STAFF) (Filed on 11/14/2025) (Entered: 11/14/2025)** |
| 11/14/2025 | 169 | **ORDER by Hon. Haywood S. Gilliam, Jr. TERMINATING AS MOOT Dkt. No. 165 the pending administrative motion to stay due to lapse in appropriations in light of the recent end of the government shutdown. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (hsglc1, COURT STAFF) (Filed on 11/14/2025) (Entered: 11/14/2025)** |
| 11/17/2025 | 170 | Motion for Leave to File a Motion to Dismiss filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, National Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association. Motion to Dismiss Hearing set for 1/8/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor. Responses due by 1/22/2026. Replies due by 1/29/2026. (Attachments: # 1 Exhibit Proposed Motion to Dismiss, # 2 Proposed Order Proposed Order)(Conde, James) (Filed on 11/17/2025) Modified on 11/17/2025 to correct docket text (ndr, COURT STAFF). (Entered: 11/17/2025) |
| 11/17/2025 | 171 | CLERK'S NOTICE RE DOCKET NO. 170 MOTION for Leave to File. Notice is hereby given that the briefing set by counsel is reset as follows pursuant to Local Rule 7-3: Responses due by 12/1/2025. Replies due by 12/8/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 11/17/2025) (Entered: 11/17/2025) |
| 11/17/2025 | 172 | MOTION to Dismiss *Amended Complaint* filed by Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. Motion to Dismiss Hearing set for 1/29/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor. Responses due by 12/23/2025. Replies due by 1/19/2026. (Attachments: # 1 Proposed Order)(Pezzi, Stephen) (Filed on 11/17/2025) (Entered: 11/17/2025) |
| 11/18/2025 | 173 | MOTION for Leave to File *a Motion to Dismiss* filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. (Attachments: # 1 Exhibit A - Proposed Motion to Dismiss, # 2 Exhibit B, |

**4-ER-652**

Proposed Order Granting Motion to Dismiss, # 3 Proposed Order)(Lehotsky, Steven) (Filed on 11/18/2025) (Entered: 11/18/2025)

| | | |
|---|---|---|
| 11/18/2025 | 174 | MOTION for Leave to File *Motion to Dismiss* filed by Construction Industry Air Quality Coalition, Inc., Western States Trucking Association, Inc.. (Attachments: # 1 Exhibit A Proposed Motion to Dismiss, # 2 Proposed Order)(Hadzi-Antich, Theodore) (Filed on 11/18/2025) (Entered: 11/18/2025) |
| 11/19/2025 | 175 | CLERK'S NOTICE RE DOCKET NOS. 173 AND 174 MOTIONS for Leave to File. Notice is hereby given that briefing is set as follows pursuant to Local Rule 7-3: Responses due by 12/2/2025. Replies due by 12/9/2025.<br><br>RE Docket No. 173 - Hearing date is set pursuant to the notice of hearing: 1/29/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.<br><br>RE Docket No. 174 - Hearing date is set pursuant to the notice of hearing: 1/22/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.<br><br>In the future when e-filing a noticed motion. It is very important the the correct event is used. If you aren't prompted to confirm or reset the motion deadlines and set a hearing date. Then you should stop and seek assistance because you are using the wrong event.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 11/19/2025) (Entered: 11/19/2025) |
| 11/19/2025 | | Set Hearing as to 174 MOTION for Leave to File *Motion to Dismiss* Pursuant to the Notice of Hearing:<br>Motion Hearing set for 1/22/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.<br>(ndr, COURT STAFF) (Filed on 11/19/2025) (Entered: 11/19/2025) |
| 11/24/2025 | 176 | MOTION for Leave to File *Amicus Curiae Brief in Support of Dismissal, Proposed Order Granting Leave to File Amicus Brief, and Proposed Amicus Brief* filed by State of Iowa. (Francois, Anthony) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 11/24/2025 | 177 | MOTION to File Amicus Curiae Brief *on Behalf of the Chamber of Commerce of the United States of America in Support of Motion to Dismiss* filed by Chamber of Commerce of the United States of America. Motion Hearing set for 1/29/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 12/8/2025. Replies due by 12/15/2025. (Attachments: # 1 [Proposed] Brief of Amicus Curiae, # 2 Proposed Order)(Kim, Andrew) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 11/24/2025 | 178 | MOTION for Leave to File *Amicus Curiae Brief* filed by U.S. House of Representatives. (Attachments: # 1 Proposed Amicus Curiae Brief, # 2 Proposed Order)(Berry, Matthew) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 11/24/2025 | 179 | MOTION for Leave to File *Amici Brief in Support of Motion to Dismiss* filed by National Propane Gas Assocation, Propane Gas Association of New England, Truck Renting and Leasing Association, Western Propane Gas Association. (Attachments: # 1 [Proposed] Amici Brief, # 2 Proposed Order)(Rosenthal, David) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 11/24/2025 | 180 | Response re 142 Notice *of Pendency of Other Actions* by Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Hughes, Jeffrey) (Filed on 11/24/2025) Modified on 11/25/2025 (slh, COURT STAFF). (Entered: 11/24/2025) |

**4-ER-653**

| | | |
|---|---|---|
| 12/01/2025 | 181 | OPPOSITION/RESPONSE (re 170 MOTION for Leave to File ) filed byCommonwealth of Massachusetts, State of California, State of Colorado, State of Delaware, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington. (Segal, Cecilia) (Filed on 12/1/2025) (Entered: 12/01/2025) |
| 12/02/2025 | 182 | **ORDER by Judge Haywood S. Gilliam, Jr. DENYING ( 43 , 49 , 61 , 86 , 92 , 112 ) MOTIONS TO INTERVENE, 158 MOTION FOR LEAVE TO FILE STATEMENT OPPOSING PENDENCY OF OTHER ACTION, AND ( 170 , 173 , 174 ) MOTIONS FOR LEAVE TO FILE MOTION TO DISMISS.** **Motions due by 12/12/2025.** **(ndr, COURT STAFF) (Filed on 12/2/2025) (Entered: 12/02/2025)** |
| 12/09/2025 | 183 | STIPULATION WITH PROPOSED ORDER re 172 MOTION to Dismiss *Amended Complaint TO MODIFY BRIEFING DEADLINES AND HEARING DATE* filed by Commonwealth of Massachusetts, State of California, State of Colorado, State of Delaware, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington. (Soichet, Emmanuelle) (Filed on 12/9/2025) (Entered: 12/09/2025) |
| 12/10/2025 | 184 | **ORDER (as modified) GRANTING 183 STIPULATION TO MODIFY BRIEFING DEADLINES AND HEARING DATE. Signed by Judge Haywood S. Gilliam, Jr. on 12/10/2025.** **Reset Deadlines/Hearing as to 172 MOTION to Dismiss Amended Complaint :** **Responses due by 1/9/2026.** **Replies due by 2/2/2026.** **Motion Hearing set for 2/19/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam, Jr.** **(ndr, COURT STAFF) (Filed on 12/10/2025) Modified on 12/10/2025 TO ADD "GRANTING". (ndr, COURT STAFF). (Entered: 12/10/2025)** |
| 12/12/2025 | 185 | MOTION for Leave to File *Brief of The Alliance for Automotive Innovation and The National Automobile Dealers Association as Amicus Curiae is Support of Dismissal* filed by National Automobile Dealers Association, The Alliance for Automotive Innovation. (Attachments: # 1 Brief of The Alliance for Automotive Innovation and The National Automobile Dealers Association as Amicus Curiae in Support of Dismissal, # 2 Proposed Order)(Levick, Rachel) (Filed on 12/12/2025) (Entered: 12/12/2025) |
| 12/12/2025 | 186 | MOTION for Leave to File *Amicus Brief in Support of Motion to Dismiss* filed by American Free Enterprise Chamber of Commerce, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, National Association of Convenience Stores, National Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association. (Attachments: # 1 Proposed Amicus Brief, # 2 Proposed Order)(Buschbacher, Michael) (Filed on 12/12/2025) (Entered: 12/12/2025) |
| 12/12/2025 | 187 | Consent MOTION to File Amicus Curiae Brief , Consent MOTION for Leave to File filed by State of Texas. Motion Hearing set for 2/12/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 1/9/2026. Replies due by 2/2/2026. (Attachments: # 1 Proposed Order)(Lancaster, Ian) (Filed on 12/12/2025) (Entered: 12/12/2025) |

**4-ER-654**

| 12/15/2025 | 188 | CLERK'S NOTICE RE DOCKET NO. 187 . Notice is hereby given that the motion will be handled as an administrative motion. Briefing set by counsel at the time the motion was e-filed is reset as follows pursuant to Local Rule 7-11(b): Responses due by 12/16/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 12/15/2025) (Entered: 12/15/2025) |
|---|---|---|
| 12/18/2025 | 189 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Construction Industry Air Quality Coalition, Inc., Western States Trucking Association, Inc.. Appeal of Order on Motion to Intervene,,,,,,,,,,,,,, Order on Motion for Leave to File,,,,,,, 182 (Appeal fee of $605 receipt number ACANDC-21466583 paid.) (Hadzi-Antich, Theodore) (Filed on 12/18/2025) (Entered: 12/18/2025) |
| 12/22/2025 | 190 | NOTICE of Docketing Record on Appeal from USCA re 189 Notice of Appeal to the Ninth Circuit, filed by Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc.. USCA Case Number 25-8013 (mbc, COURT STAFF) (Filed on 12/22/2025) (Entered: 12/23/2025) |
| 12/31/2025 | 191 | **ORDER by Hon. Haywood S. Gilliam, Jr. GRANTING Dkt. Nos. 176 , 177 , 178 , 179 , 185 , and 186 , the motions for leave to file amicus curiae briefs in support of Defendants' motion to dismiss. The Court deems the amici briefs submitted. The Court further GRANTS Dkt. No. 187 the State of Texas's motion to join as a signatory to the State of Iowa's brief. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (hsglc1, COURT STAFF) (Filed on 12/31/2025) (Entered: 12/31/2025)** |
| 12/31/2025 | 192 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, National Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association. (Appeal fee of $605 receipt number ACANDC-21500011 paid.) (Conde, James) (Filed on 12/31/2025) (Entered: 12/31/2025) |
| 01/06/2026 | 193 | NOTICE of Docketing Record on Appeal from USCA re 192 Notice of Appeal to the Ninth Circuit, filed by Wisconsin Corn Growers Association, Texas Corn Producers, Illinois Corn Growers Association, Michigan Corn Growers Association, Kentucky Corn Growers Association, American Free Enterprise Chamber of Commerce, Missouri Corn Growers Association, National Corn Growers Association, Kansas Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Tennessee Corn Growers Association, Nebraska Corn Growers Association. USCA Case Number 26-88 (mbc, COURT STAFF) (Filed on 1/6/2026) (Entered: 01/07/2026) |
| 01/09/2026 | 194 | OPPOSITION/RESPONSE (re 172 MOTION to Dismiss *Amended Complaint* ) filed byCommonwealth of Massachusetts, State of California, State of Colorado, State of Delaware, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington. (Meckenstock, Margaret) (Filed on 1/9/2026) (Entered: 01/09/2026) |
| 01/09/2026 | 195 | Request for Judicial Notice re 194 Opposition/Response to Motion, filed byCommonwealth of Massachusetts, State of California, State of Colorado, State of Delaware, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 194 ) (Meckenstock, Margaret) (Filed on 1/9/2026) (Entered: 01/09/2026) |

**4-ER-655**

| 01/14/2026 | 196 | NOTICE of Appearance filed by Theodore Lamm on behalf of Nina Mendelson, William Ariana, Evan Zoldan (Lamm, Theodore) (Filed on 1/14/2026) (Entered: 01/14/2026) |
|---|---|---|
| 01/15/2026 | 197 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21546786.) filed by William Ariana, Nina Mendelson, Evan Zoldan. (Attachments: # 1 Appendix Certification)(Duffy, James) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/15/2026 | 198 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21548008.) filed by William Ariana, Nina Mendelson, Evan Zoldan. (Attachments: # 1 Certificate of Good Standing)(Heisler, Peter) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/15/2026 | 199 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21550173.) filed by William Ariana, Nina Mendelson, Evan Zoldan. (Attachments: # 1 Exhibit Certificate of Good Standing)(Alvarez, Daniel) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/16/2026 | 200 | Consent MOTION to File Amicus Curiae Brief filed by William Ariana, Nina Mendelson, Evan Zoldan. Motion Hearing set for 2/19/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 1/9/2026. Replies due by 2/2/2026. (Attachments: # 1 Appendix Motion for Leave, # 2 Proposed Order Proposed Order)(Lamm, Theodore) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| 01/16/2026 | 201 | MOTION to File Amicus Curiae Brief *in support of Plaintiffs' Opposition to Motion to Dismiss* filed by CALSTART. Responses due by 1/20/2026. (Attachments: # 1 Proposed Amicus Curiae Brief, # 2 Proposed Order)(Zinn, Matthew) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| 01/16/2026 | 202 | NOTICE of Appearance filed by Aaron Michael Stanton on behalf of CALSTART (Stanton, Aaron) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| 01/16/2026 | 203 | Consent ADMINISTRATIVE MOTION TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS filed by Zero Emission Transportation Association. Responses due by 1/20/2026. (Attachments: # 1 Amicus Brief of Zero Emission Transportation Association, # 2 Stipulation and [Proposed] Order Re the Zero Emission Transportation Association's Unopposed Administrative Motion for to File Brief as Amicus Curiae in Support of Plaintiffs)(Totaro, Martin) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| 01/16/2026 | 204 | Consent MOTION to File Amicus Curiae Brief filed by Greg Dotson. Responses due by 1/30/2026. Replies due by 2/6/2026. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(Weissglass, Jonathan) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| 01/16/2026 | 205 | **Order by Judge Haywood S. Gilliam, Jr. granting 199 Motion for Pro Hac Vice, at to Daniel Alvarez. (nmh, COURT STAFF) (Filed on 1/16/2026) (Entered: 01/16/2026)** |
| 01/16/2026 | 206 | CLERK'S NOTICE RE DOCKET NOS. 197 AND 198 . Information on the application must match the information on the docket. Your names as listed on the applications don't match the docket. Either update the docket or e-file revised applications (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (nmh, COURT STAFF) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| 01/16/2026 | 207 | MOTION to File Amicus Curiae Brief filed by Bay Area Air Quality Management District. Motion Hearing set for 2/19/2026 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 1/30/2026. Replies due by |

4-ER-656

2/6/2026. (Attachments: # 1 Supplement Brief of the Bay Area Air Quality Management District as Amicus Curiae in Support of Plaintiffs' Opposition to Motion to Dismiss, # 2 Proposed Order [Proposed] Order Granting the Bay Area Air Quality Management District's Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Opposition to Motion to Dismiss)(Perlmutter, Robert) (Filed on 1/16/2026) (Entered: 01/16/2026)

| 01/16/2026 | 208 | Consent MOTION for Leave to File filed by Environmental Defense Fund, Natural Resources Defense Council, Sierra Club. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Proposed Order)(Donahue, Sean) (Filed on 1/16/2026) (Entered: 01/16/2026) |
| --- | --- | --- |
| 01/16/2026 | 209 | Re-Filed as Docket No. 232 . <br> MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21556243.) filed by Environmental Defense Fund. (Attachments: # 1 Certificate of Good Standing)(Su, Andrew) (Filed on 1/16/2026) Modified on 2/19/2026 (ndr, COURT STAFF). (Entered: 01/16/2026) |
| 01/17/2026 | 210 | ERRATA by Environmental Defense Fund. (Attachments: # 1 Exhibit Corrected Proposed Amicus Brief)(Donahue, Sean) (Filed on 1/17/2026) (Entered: 01/17/2026) |
| 01/20/2026 | 211 | CLERK'S NOTICE RE MOTIONS TO FILE AMICUS CURIE BRIEFS. <br> Notice is hereby given that the Court will consider the following Motions at Docket No. 200 , 204 , 207 , and 208 , as Administrative Motions. The deadline set in Docket Nos. 200 , 204 , 207 , and 208 are hereby TERMINATED. The briefing is set as follows pursuant to Local Rule 7-11(b) to the following Motions 200 , 204 , [207, and 208 : Responses due by 1/20/2026. <br> The Motion hearings set in Docket No. 200 , 207 , and 208 , is hereby VACATED. <br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(nmh, COURT STAFF) (Filed on 1/20/2026) (Entered: 01/20/2026) |
| 01/21/2026 | 212 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. Appeal of Order on Motion to Intervene, Order on Motion for Leave to File, 182 (Appeal fee of $605 receipt number ACANDC-21568224 paid.) (Yarger, Katherine) (Filed on 1/21/2026) Modified on 1/22/2026 (mbc, COURT STAFF). (Entered: 01/21/2026) |
| 01/23/2026 | 213 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by National Automobile Dealers Association, The Alliance for Automotive Innovation. (Appeal fee of $605 receipt number ACANDC-21576795 paid.) (Howell, Sean) (Filed on 1/23/2026) (Entered: 01/23/2026) |
| 01/23/2026 | 214 | NOTICE of Docketing Record on Appeal from USCA re 213 Notice of Appeal to the Ninth Circuit, filed by The Alliance for Automotive Innovation, National Automobile Dealers Association. USCA Case Number 26-525 (mbc, COURT STAFF) (Filed on 1/23/2026) Modified on 1/28/2026 (mbc, COURT STAFF). (Entered: 01/27/2026) |
| 01/26/2026 | 215 | NOTICE of Docketing Record on Appeal from USCA re 212 Notice of Appeal to the Ninth Circuit, filed by American Fuel & Petrochemical Manufacturers, American Petroleum Institute, National Association of Convenience Stores. USCA Case Number 26-497(mbc, COURT STAFF) (Filed on 1/26/2026) Modified on 1/28/2026 (mbc, COURT STAFF). (Entered: 01/27/2026) |
| 01/26/2026 | 216 | ORDER of USCA (mbc, COURT STAFF) (Filed on 1/26/2026) (Entered: 01/27/2026) |
| 01/28/2026 | 217 | **ORDER by Hon. Haywood S. Gilliam, Jr. GRANTING the administrative motions for leave to file amicus curiae briefs at Dkt. Nos. 200 , 201 , 203 , 204 , 207 , 208 . All amici are DIRECTED to file their amicus curiae briefs as separate entries on the** |

4-ER-657

docket by February 5, 2026. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (hsglc4, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)

| 01/29/2026 | 218 | Brief *of the Zero Emission Transportation Association as Amicus Curiae in Support of Plaintiffs* filed byZero Emission Transportation Association. (Totaro, Martin) (Filed on 1/29/2026) (Entered: 01/29/2026) |
|---|---|---|
| 01/29/2026 | | ***Docket Nos. 200 , 201 , 203 , 204 , 207 , 208 ADMINISTRATIVE MOTIONS TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS TERMINATED, See Docket No. 217 .*** (ndr, COURT STAFF) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 01/29/2026 | 219 | Brief *of CALSTART as Amicus Curiae in support of Plaintiffs' Opposition to Motion to Dismiss* filed byCALSTART. (Zinn, Matthew) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 01/29/2026 | 220 | Brief re 217 Order, *Amicus Curiae in support of Plaintiffs' Oppostion to Motion to Dismiss* filed byBay Area Air Quality Management District. (Related document(s) 217 ) (Perlmutter, Robert) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 01/29/2026 | 221 | Brief *Amicus Curiae* filed byEnvironmental Defense Fund. (Donahue, Sean) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 01/29/2026 | 222 | Brief *of Law Scholars as Amici Curiae in support of Plaintiff States' Opposition to Motion to Dismiss* filed byWilliam Ariana, Nina Mendelson, Evan Zoldan. (Alvarez, Daniel) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 01/29/2026 | 223 | Brief *of Amicus Curiae Greg Dotson* filed byGreg Dotson. (Weissglass, Jonathan) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 01/30/2026 | 224 | STIPULATION WITH PROPOSED ORDER *re: Excess Pages for Defendants' Reply Brief in Support of Motion to Dismiss* filed by Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. (Pezzi, Stephen) (Filed on 1/30/2026) (Entered: 01/30/2026) |
| 02/02/2026 | 225 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 224 Stipulation Re: Excess Pages for Defendants' Reply Brief in Support of Motion to Dismiss. (ndr, COURT STAFF) (Filed on 2/2/2026) (Entered: 02/02/2026)** |
| 02/02/2026 | 226 | NOTICE of Change of Address by Robert Steven Perlmutter (Perlmutter, Robert) (Filed on 2/2/2026) (Entered: 02/02/2026) |
| 02/02/2026 | 227 | REPLY (re 172 MOTION to Dismiss *Amended Complaint* ) filed byEnvironmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin. (Pezzi, Stephen) (Filed on 2/2/2026) (Entered: 02/02/2026) |
| 02/03/2026 | 228 | CLERK'S NOTICE RE DOCKET NO. 209 . Information on the application must match the information on the docket. Your name and address as listed on the application don't match the docket. Either update the docket or e-file a revised application (with attachments) with the correct information reflected on it. If you update the docket, please send the CRD an e-mail to alert her. If you e-file a revised application, please use a smaller font so that address including city and state is visible. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 2/3/2026) (Entered: 02/03/2026) |
| 02/10/2026 | 229 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 197 Motion for Pro Hac Vice for James P. Duffy. (ndr, COURT STAFF) (Filed on 2/10/2026) (Entered: 02/10/2026)** |

**4-ER-658**

| | | |
|---|---|---|
| 02/10/2026 | 230 | **ORDER by Judge Haywood S. Gilliam, Jr. GRANTING 198 Motion for Pro Hac Vice for Peter Andrew Heisler. (ndr, COURT STAFF) (Filed on 2/10/2026) (Entered: 02/10/2026)** |
| 02/12/2026 | 231 | NOTICE of Change of Address by Matthew Dwight Zinn (Zinn, Matthew) (Filed on 2/12/2026) (Entered: 02/12/2026) |
| 02/17/2026 | 232 | Re-Filed as Docket No. 235 . Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21556243.) Filing fee previously paid on 1/16/2026 filed by Environmental Defense Fund. (Attachments: # 1 Certificate of Good Standing)(Su, Andrew) (Filed on 2/17/2026) Modified on 2/20/2026 (ndr, COURT STAFF). (Entered: 02/17/2026) |
| 02/18/2026 | 233 | NOTICE of Appearance filed by John Kenneth Adams on behalf of Environmental Protection Agency, Donald J. Trump, United States of America, Lee Zeldin (Adams, John) (Filed on 2/18/2026) (Entered: 02/18/2026) |
| 02/19/2026 | | *** 209 MOTION for leave to appear in Pro Hac Vice TERMINATED, Re-Filed as Docket No. 232 .*** (ndr, COURT STAFF) (Filed on 2/19/2026) (Entered: 02/19/2026) |
| 02/19/2026 | 234 | **Minute Entry for proceedings held before Judge Haywood S. Gilliam, Jr.: Motion Hearing held on 2/19/2026.**<br>**Total Time in Court: 1 hour and 27 minutes.**<br>**Court Reporter: April Brott.**<br><br>**Plaintiff Attorney: Margaret Meckenstock and Cecilia Segal.**<br>**Defendant Attorney: John Adams and Robert Stander.**<br><br>**Motion to dismiss plaintiffs amended complaint (docket no. 172 ) is argued and submitted by the parties and taken under submission by the Court. Written order to issue.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Date Filed: 2/19/2026) (Entered: 02/20/2026) |
| 02/20/2026 | 235 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21556243.) Filing fee previously paid on 01/16/2026 filed by Environmental Defense Fund. (Attachments: # 1 Certificate of Good Standing)(Su, Andrew) (Filed on 2/20/2026) (Entered: 02/20/2026) |
| 02/20/2026 | | *** 232 Amended MOTION for leave to appear in Pro Hac Vice TERMINATED, Re-Filed as Docket No. 235 .*** (ndr, COURT STAFF) (Filed on 2/20/2026) (Entered: 02/20/2026) |
| 02/20/2026 | 236 | NOTICE of Appearance filed by Julia Kathryn Forgie on behalf of Natural Resources Defense Council (Forgie, Julia) (Filed on 2/20/2026) (Entered: 02/20/2026) |
| 02/20/2026 | 237 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21556243.) Filing fee previously paid on 01/16/2026 filed by Environmental Defense Fund. (Attachments: # 1 Certificate of Good Standing)(Su, Andrew) (Filed on 2/20/2026) (Entered: 02/20/2026) |

**PACER Service Center**

**Transaction Receipt**

4-ER-659

February 25, 2026

/s/ Rachel Levick
Raymond B. Ludwiszewski
Rachel Levick
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
Tel.: (202) 955-8500
Fax: (202) 467-0539
rludwiszewski@gibsondunn.com
rlevick@gibsondunn.com

Sean Howell
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
  Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8355
Fax: (415) 801-7364
showell@gibsondunn.com

*Counsel for The Alliance for*
*Automotive Innovation and*
*The National Automobile Dealers*
*Association*

Respectfully Submitted,

/s/ Michael Buschbacher
Michael Buschbacher
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com

*Counsel for American Free*
*Enterprise Chamber of Commerce,*
*Illinois Corn Growers Association,*
*Indiana Corn Growers Association,*
*Iowa Corn Growers Association,*
*Kansas Corn Growers Association,*
*Kentucky Corn Growers Association,*
*Michigan Corn Growers Association,*
*Missouri Corn Growers Association,*
*Nebraska Corn Growers Association,*
*Tennessee Corn Growers Associa-*
*tion, Texas Corn Producers,*
*Wisconsin Corn Growers Associa-*
*tion, and National Corn Growers*
*Association*

**4-ER-660**

*/s/ Katherine C. Yarger*
Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Steven P. Lehotsky
Michael B. Schon
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue NW
 Suite 700
Washington, DC 20001
steve@lkcfirm.com
mike@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Counsel for American Fuel &
Petrochemical Manufacturers,
American Petroleum Institute, and
the National Association of
Convenience Stores*