**Nos. 25-8013, 26-88, 26-497, 26-525**

_____

# In the United States Court of Appeals
# For the Ninth Circuit

_____

**STATE OF CALIFORNIA, ET AL.,**
*Plaintiffs-Appellees,*

**v.**

**UNITED STATES OF AMERICA, ET AL.,**
*Defendants,*

**WESTERN STATES TRUCKING ASSOCIATION, ET AL.,**
*Movant-Intervenor Defendants-Appellants*

_____

On Appeal from the U.S. District Court
for the Northern District of California
4:25-cv-04966-HSG; Hon. Haywood S. Gilliam, Jr.

_____

**APPELLANTS' IN CASE NOS. 26-88, 26-497, 26-525
EXCERPTS OF RECORD INDEX VOLUME**

_____

Raymond B. Ludwiszewski
Rachel Levick
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
Tel.: (202) 955-8500

Michael Buschbacher
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
 Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620

*Additional counsel listed inside*

Sean Howell
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
  Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8355

Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Tel.: (512) 693-8350

Steven P. Lehotsky
Michael B. Schon
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW
  Suite 700
Washington, DC 20001
Tel.: (512) 693-8350

*Counsel for Appellants*

## INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| Order Denying Motions to Intervene, Motion for Leave to File Statement Opposing Pendency of Other Action, and Motions for Leave to File Motions to Dismiss | 12/02/2025 | 182 | 3–11 |
| **VOLUME 2 of 4** | | | |
| Exhibit A – Movant-Intervenors American Fuel and Petrochemical Manufacturers et al.'s ("AFPM's") Proposed Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint; Memorandum of Points and Authorities in Support | 11/18/2025 | 173-1 | 16–49 |
| United States' Notice of Motion and Motion to Dismiss Amended Complaint; Memorandum of Points and Authorities | 11/17/2025 | 172 | 50–89 |
| Exhibit A – Movant-Intervenors American Free Enterprise Chamber of Commerce et al.'s ("AmFree's") Proposed Motion to Dismiss Amended Complaint | 11/17/2025 | 170-1 | 90–132 |
| First Amended Complaint | 10/10/2025 | 157 | 133–180 |

3

| | | | |
|---|---|---|---|
| Reply in Support of Motion to Intervene by Auto Alliance for Automotive Innovation and the National Automobile Dealers Association ("Auto Alliance") | 09/26/2025 | 136 | 181–194 |
| Declaration of Rachel Levick in Support of Reply in Support of Motion to Intervene by Auto Alliance | 09/26/2025 | 136-1 | 195–196 |
| Exhibit 1 – CARB, Notice of Emergency Rulemaking (Sept. 15, 2025) | 09/26/2025 | 136-2 | 197–215 |
| United States' Notice of Motion and Motion to Dismiss Plaintiffs' Complaint; Memorandum of Points and Authorities | 09/19/2025 | 118 | 216–248 |
| Plaintiffs' Opposition to Motion to Intervene by Auto Alliance | 09/19/2025 | 117 | 249–260 |
| Notice of Motion and Motion to Intervene by Auto Alliance; Memorandum of Points and Authorities in Support | 09/05/2025 | 92 | 261–283 |
| Declaration of Sean Howell in Support of Motion to Intervene by Auto Alliance | 09/05/2025 | 92-2 | 284–285 |
| Exhibit A – CARB, Manufacturers Advisory Correspondence ECCD-2025-03 (May 23, 2025) | 09/05/2025 | 92-3 | 286–289 |
| **VOLUME 3 of 4** | | | |
| Exhibit B – Proposed Answer of Auto Alliance | 09/05/2025 | 92-4 | 294–323 |

4

| | | | |
|---|---|---|---|
| Joint Reply of AFPM and AmFree in Support of Their Motions to Intervene | 08/27/2025 | 88 | 324–345 |
| Plaintiffs' Opposition to Motion to Intervene by AFPM | 08/20/2025 | 85 | 346–358 |
| Plaintiffs' Opposition to Motion to Intervene by AmFree | 08/20/2025 | 84 | 359–371 |
| Notice of Motion and Motion to Intervene by AFPM; Memorandum of Points and Authorities in Support | 08/06/2025 | 61 | 372–385 |
| Exhibit A – AFPM Declaration | 08/06/2025 | 61-1 | 386–389 |
| Exhibit B – API Declaration | 08/06/2025 | 61-2 | 390–393 |
| Exhibit C – NACS Declaration | 08/06/2025 | 61-3 | 394–398 |
| Exhibit D – Chevron Declaration | 08/06/2025 | 61-4 | 399–403 |
| Exhibit E – AFPM Proposed Motion to Dismiss | 08/06/2025 | 61-5 | 404–437 |
| Motion to Intervene as Defendants by AmFree | 08/04/2025 | 49 | 438–462 |
| Exhibit A – Declaration of Gentry Collins | 08/04/2025 | 49-1 | 463–469 |
| Exhibit B – Declaration of Bill Couser | 08/04/2025 | 49-2 | 470–473 |
| Exhibit C – Declaration of Tim DeMartini | 08/04/2025 | 49-3 | 474–481 |
| Exhibit D – Declaration of Rodney Weinzierl | 08/04/2025 | 49-4 | 482–487 |
| Exhibit E – Declaration of Josh Roe | 08/04/2025 | 49-5 | 488–493 |

5

| | | | |
|---|---|---|---|
| Exhibit F – Declaration of Adam Andrews | 08/04/2025 | 49-6 | 494–499 |
| Exhibit G – Declaration of Bradley Schad | 08/04/2025 | 49-7 | 500–505 |
| Exhibit H – Declaration of Lane Howard | 08/04/2025 | 49-8 | 506–511 |
| Exhibit I – AmFree Proposed Motion to Dismiss | 08/04/2025 | 49-9 | 512–554 |
| Exhibit J – AmFree Proposed Answer | 08/04/2025 | 49-10 | 555–576 |
| **VOLUME 4 of 4** | | | |
| AmFree Notice of Appeal | 12/31/2025 | 192 | 581–588 |
| AFPM Notice of Appeal | 01/21/2026 | 212 | 589–596 |
| Auto Alliance Notice of Appeal | 01/23/2026 | 213 | 597–605 |
| Civil Docket for Case No. 4:25-cv-4966-HSG – U.S. District Court, California Northern District (Oakland) –*State of California, et al. v. United States of America, et al.* | | | 606–659 |

February 25, 2026

/s/ *Rachel Levick*
Raymond B. Ludwiszewski
Rachel Levick
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
Tel.: (202) 955-8500
Fax: (202) 467-0539
rludwiszewski@gibsondunn.com
rlevick@gibsondunn.com

Sean Howell
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
  Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8355
Fax: (415) 801-7364
showell@gibsondunn.com

*Counsel for The Alliance for Automotive Innovation and The National Automobile Dealers Association*

Respectfully Submitted,

/s/ *Michael Buschbacher*
Michael Buschbacher
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association*

7

*/s/ Katherine C. Yarger*
Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Steven P. Lehotsky
Michael B. Schon
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue NW
 Suite 700
Washington, DC 20001
steve@lkcfirm.com
mike@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Counsel for American Fuel &
Petrochemical Manufacturers,
American Petroleum Institute, and
the National Association of
Convenience Stores*

8