**BOYDEN GRAY PLLC**
800 CONNECTICUT AVENUE NW, SUITE 900
WASHINGTON, DC 20006
(202) 955-0620

June 26, 2026

Honorable Molly Dwyer
Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: Rule 28(j) Letter in *State of California, et al., v. United States, et al.,* Nos. 25-8013, 26-88, 26-497, 26-525
[Argued before Murguia, Chief Judge, Koh, and H.A. Thomas, Circuit Judges, on June 25, 2026]

Dear Ms. Dwyer:

I write to follow up on a factual question raised by the panel during oral argument. During oral argument, the panel asked whether the dealer members of the American Free Enterprise Chamber of Commerce ("AmFree") and the dealer members of the National Automobile Dealers Association ("NADA") overlap. I said I would provide a written response on that factual point.

The answer is no. NADA represents franchised new automobile and truck dealers. 2-ER-269. By contrast, AmFree represents non-franchised new motor vehicle dealers such as DeMartini RV, which have greater independence from manufacturers. *See* 3-ER-475–81. Consequently,

Page 2

their membership doesn't overlap, and NADA and AmFree represent different interests.

Respectfully submitted,

*/s/ Michael Buschbacher*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
 Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620
mbuschbacher@boydengray.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF. All parties in this case are represented by counsel consenting to electronic service.

June 26, 2026

Respectfully submitted,

*/s/ Michael Buschbacher*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
 Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620
mbuschbacher@boydengray.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Letter complies with Federal Rule of Appellate Procedure 28(j) because it contains 109 words, excluding the exempted portions, and complies with typeface requirements.

June 26, 2026     Respectfully submitted,

*/s/ Michael Buschbacher*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
 Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620
mbuschbacher@boydengray.com